# EXHIBIT A

1. There was barbicide disinfectant and brush present to clean metal tools, which are set aside designated area near the sink to air dry
2. The tools are sanitized and packaged in pouch stored in cabinets of each pedicure station along with other materials.
3. Some bottles are not labeled like oil, lotion and soap. Acetone and monomer are stored in factory bottles labeled
4. All chemicals and products are store in a separate room with a door and lock by itself
5. There's only 2 garbage cans in the salon. One in the bathroom and one large one near the sink. Both have liner and cover.
6. Esthetic room is incomplete and not ready in any way to provide service to public, it is under construction and will be operate by my mother who is a license esthetic. My wife and I sometime use it to wax ourself that why the wax was plugged, but no service to the public. I will call the KY board once esthetic room is complete to register for business. Again, the room is still under construction, and is nearly finish.
7. There is a vented hamper to place soiled towels in the back "break room"
8. My salon is rated top 3 in Louisville on google search engine with the highest sanitation standard. We clean the floor daily, and wipe down chairs and stations after each clients. The clients would not support us in the last 5 years, being the smallest salon, if it was not for our dedication to sanitation.
9. There are 6 pedicure chairs, one double sink, one sink in bathroom, and one utility sink in break room, nothing change since salon open in 2019

I fail to post my licenses because we recently repainted the wall and in the process of finishing up the construction of the esthetic room for my mother. I am truly sorry for this. Currently, there is only my wife and I who work and operate this salon. The girls that left the salon mention by the inspector assist us clean floor, wipe down furnitures, wash and fold towels, and prepare pedicure bath water for clients as she shadow us on her free time. She did not perform service to the client that was soaking her feet. She hold an Indiana licenses and in the process of transferring to KY. She left the salon maybe out of fear that the inspector will do something to causes interference with the transfer. She Door Dash food delivery to sustain herself while she not shadowing and helping us clean the salon.

I am truly sorry about the accident with my dog Kolby to the lady inspector. That was not something I wish had happen. My two dogs are fully vaccinated and licensed. They have been professionally trained in Louisville by reputable company. They come to the salon with us in the last 5 years. The clients love our pet and never had a single issue. The lady inspector might have reach toward the dog to pet him, or in area where he was laying, in the corner behind the table next to his owner/dad, that may be the reason for his defense. Non-the-less it is a misfortune and I am truly sorry, and take full responsibility.

It has been since 2019, the opening of my salon that KY board came to inspect the place. I may not be up to date on a "T" on some salon sanitations, but I am sorry to say I respect, but don't agree with the two inspectors that visited us and their citations. The inspector fail to count the number of pedicure chairs just to say the very least. I find this absolutely concerning of their competent to properly perform their high duty as KY inspectors. Furthermore, their language and demeanor toward us and the clients present in the salon was terrifying and a disgrace to the KY board as public figure.

I am truly sorry for the incident with my pet and fail to have the license and picture hang on the wall. I take full responsibly. Esthetic room is not complete during the inspection and was not use to provide any service to the public. I have all the intention to call KY board to visit the salon once the room complete. My mother was working as an Esthetic in the salon I sold. Therefore, I know how important it is to have the credentials up to date. I would not dare to operate otherwise. This small salon is the only source of income to sustain my family. I had my license since 2005 and never have any issue with KY board. I comply to the KY board regulation and beyond because I love my job and my clients. I ask that the KY board please grant my wife and I to reopen the business.

Thank You