# EXHIBIT B

"They had a lot of negative energy when they came in," Owner Juliane Vo said. "We felt threatened by them before they even inspected the place."

Juliane and her husband, Q Dinh, said it was the first time the salon was inspected since opening four years earlier.

According to a memo written by KBC Inspector Jason Back, the inspectors were searching for a certain chemical. During the inspection, one of the inspectors checked an area near a dog and the dog "attacked her."

The salon owners described it as a scratch.



Credit: Tippi Nail Lounge
Above is a photo of the injury an inspector sustained at Tippi Nail Lounge in May 2023.

"We were terrified, he threatened to shoot the dogs in front of us and the clients. We didn't know what to think," Dinh said.

Inspector Back was heard on surveillance video saying: *"get that dog or I'm going to shoot it."* He then ordered an emergency closure of the salon, asked customers to leave and posted a note on the front door.

Then, the couple had to wait for word from the Kentucky Board of Cosmetology on what to do next. Dinh said he tried reaching out in multiple ways, but never connected with the board.

"They are not responsive to emails, they are unreachable. They are not open to the public," he explained. "We have no way to reach them unless we are represented by a lawyer, and that's hard to pay for a lawyer when you're not working."





Credit: Tippi Nail Lounge
A notice on Tippi Nail Lounge in May 2023 informs customers the salon has been closed by Kentucky's Board of