# EXHIBIT F

⬥EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

Eastern District of Kentucky
**FILED**
APR 19 2016
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

6:16-CV-63-KKC

CIVIL ACTION NO. 6:15-CV-181-KKC   (Court Clerk will supply)

JAMES W. HARRISON
PLAINTIFF

VS:

JASON K. BACK

Demand for Jury Trial:
Yes (__) No (__)

(do not use "et al.",
enter full names)

DEFENDANTS

**I.   Plaintiff:**

A. Name (list any aliases): JAMES WILLIAM HARRISON

B. Prisoner ID #: 04720-028  Check one: Convicted ____  Pretrial Detainee ✓

C. Place of present confinement: LAUREL COUNTY DETENTION CENTER

D. Address: 206 WEST 4th STREET, LONDON, KY. 40741

**II.  Defendant(s):**   (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: JASON K. BACK
   Title or Position: Sheriff Deputy
   Place of Employment: Laurel County Sheriffs Department

B. Defendant's Name: _____
   Title or Position: _____
   Place of Employment: _____

Page 1 of 9

&EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

    C. Defendant's Name: _____
       Title or Position: _____
       Place of Employment: _____
    D. Defendant's Name: _____
       Title or Position: _____
       Place of Employment: _____
    E. Defendant's Name: _____
       Title or Position: _____
       Place of Employment: _____

**III.  Statement of Claim:**

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

    A. What happened? Explain specifically what each Defendant did or failed to do.

On or about the 2nd day of March, 2015, at the residence of Jo Maggard, located at 115 Elmwood Court, London, Kentucky, a Laurel County Sheriff Detective, personally known to me as Jason Back, beat me so severely that law enforcement personnel had me immidiately transported to Saint Joseph Hospital. At the time of arrest, at approximately 8:00 PM, Officer Jason Back entered Jo Maggard's residence and told me to raise my hands with his gun drawn. I did exactly what he asked without incident. He then lowered his gun, charging towards me, kicking me in the groin, causing me to collapse into a chair. Officer Back began to beat me profusely with his fist and his handgun

EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

until I was almost completely incapacitated. Officer Back did not stop staking me until witnesses, Brian Maggard, and Candice Aktins began pleading for my life. As a result of Officer Backs assault, I sustained broken ribs, blacked eyes, and a severe laceration over the forehead resulting in multiple stitches. Please be advised, that during the arrest, I never resisted. I complied with Officer Backs ever command. My compliance with Officer Backs commands were met with brute force and assault. Due to Officer Backs wanton and wreckless assault, I live in a constant state of fear.

B. When did these events happen?

2nd day of March, 2015 at approximately 8:00 PM

EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

C. Where did these events happen?

At the residence of Jo Maggards, located at 115 Elmwood Court, London, Kentucky

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

I am uneducated in the realm of law, and filing this action pro-se. To my knowledge, officer Jason Bark violated my 14 amendment by and through the 4 amendment; 5 amendment. Article 10 of the Kentucky Constitution. Also committing negligent, wanton, and wreckless assault.

IV. **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (____)   NO ( ✓ )

2. If so, did you (check **ALL** that apply):
   ____ file a request or appeal to the Warden                     _____ date
   ____ appeal to the Regional Director                            _____ date
   ____ appeal to the Office of General Counsel                    _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

4. What was the result? _____

_____

_____

5. If you did not file a grievance, why not? _I was unaware there was an administrative remedy that could be exhausted with my complaint. Further, I felt that any pursuit of redress would result in continued fear for my life._

B. **State Prisoners** answer the following:

    1.    Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES ( __ )   NO ( __ )

    2.    If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

| | |
|---|---|
| ___ file a grievance and seek an informal resolution | _____ date |
| ___ request a hearing from the Grievance Committee | _____ date |
| ___ appeal to the Warden | _____ date |
| ___ appeal to the Commissioner | _____ date |

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
YES ( __ )   NO ( __ )                                        _____ date

    3.    **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

    4.    What was the result? _____

_____

_____

_____

    5.    If you did not file a grievance, why not? _____

_____

_____

C. **County or City Prisoners** answer the following:

EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

1. Is there a grievance/appeal policy at your jail?   YES (__)   NO (__)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

3. Did you file a grievance regarding these facts?   YES (__)   NO (__)
4. If you filed a grievance:

a. What steps did you take to use the grievance process? _____

_____

_____

_____

b. What was the result? _____

_____

c. If unsuccessful, did you file an appeal?   YES (__)   NO (__)
d. What was the result? _____

_____

e. Did you take any further steps in the grievance process?
   YES (__)   NO (__)   NO MORE AVAILABLE (__)
f. What was the result? _____

_____

5. If you did not file a grievance, why not?:
   _____

EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

V. **OTHER LAWSUITS**

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES (___)   NO (✓)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

   1. PARTIES:

   Plaintiff: _____

   Defendant(s): _____
   _____

   2. COURT:   (name the district for a federal court, or the county for a state court)

   _____

   3. CASE NO.: _____   DATE FILED: _____

   4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)
   _____
   _____

   5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

   1. Plaintiff _____ vs. Defendant(s) _____
      Court Name: _____   Case No.: _____
      Nature of Claim: _____   Date Filed: _____
      Outcome: _____   Date: _____

   2. Plaintiff _____ vs. Defendant(s) _____
      Court Name: _____   Case No.: _____
      Nature of Claim: _____   Date Filed: _____
      Outcome: _____   Date: _____

Page 8 of 9

EDKy 520 (Rev. 02/07) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____  Case No.: _____

Nature of Claim: _____  Date Filed: _____

Outcome: _____  Date: _____

**VI.    Relief:**

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

I pray that in response to this action that Officer Jason Back be made to resign, to also undergo intense psychological examination to determine his eligibility to serve the public, further, I feel that Officer Jason Back should be made to pay me $1,000,000.00 in damages.

**VII.    Review this Form**

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

**CERTIFICATION**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_James William Harrison_  04720-028   4-8-2016
Signature of Plaintiff       Prison ID#      Date

Plaintiff's Address: LAUREL CO. CORR. CENTER, 206 W. 4th St, LONDON, KY. 40741

Page 9 of 9

Case: 6:16-cv-00063-KKC   Doc #: 1-1   Filed: 04/19/16   Page: 1 of 1 - Page ID#: 10

**LAUREL COUNTY CORRECTIONS**

206 WEST 4TH STREET--LONDON, KY 40741
Phone: (606) 878-9431
Fax: (606) 864-2672

Full Size Default Image

Detainee Name: HARRISON, JAMES WILLIAM                    Booking #: 82179



Full Size Default Image Report
JailTracker TM Report Printed On 02/17/2016 at 16:38                    Page 1 of 1



JAMES W. CAREER 1:16-CV-00063-KKC
LAUREL CO. CORR. CENTER
206 WEST 4th STREET
LONDON, KY. 40741

THIS ITEM MAILED FROM
LAUREL CO. DETENTION CENTER

CLERK OF UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
310 S. MAIN STREET
LONDON, KY. 40741

Back of Envelope

| | |
|---|---|
| **From:** | Mefford, Morgan (KBC) |
| **To:** | McDonald, Maxine (KBC) |
| **Cc:** | Craig, Sharon J (KBC) |
| **Subject:** | FW: Complaint on Jason Back inspector |
| **Date:** | Wednesday, April 6, 2022 2:18:33 PM |

Another..

**From:** Anonymous@gmail.com <Anonymous@gmail.com>
**Sent:** Friday, August 6, 2021 7:48 AM
**To:** McDonald, Maxine (KBC) <maxine.mcdonald@ky.gov>; Mefford, Morgan (KBC) <morgan.mefford@ky.gov>
**Subject:** Complaint on Jason Back inspector

First Name: Anonymous
Last Name: Anonymous
Email Address: Anonymous@gmail.com
Reason for Contacting: Complaint on Jason Back inspector
Message: He is rude and unprofessional, I've also seen him hit on woman while he is working. I cannot put my name as I'm afraid of what would be done if he found out I complained.
User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.1 Mobile/15E148 Safari/604.1
Page: https://kbc.ky.gov/Pages/contact.aspx



From: Craig, Sharon J (KBC)
Sent: Tuesday, December 1, 2020 2:31 PM
To: Hammonds, Gene R (Finance) <gene.hammonds@ky.gov>
Subject: FW: Vehicle Complaint: 0KB4709

Very sorry for the delay. I thought I had already sent the response. See below.

**From:** Hammonds, Gene R (Finance) <gene.hammonds@ky.gov>
**Sent:** Monday, October 19, 2020 4:25 PM
**To:** Craig, Sharon J (KBC) <sharon.craig@ky.gov>
**Subject:** Vehicle Complaint: 0KB4709

The Division of Fleet Management has been contacted per a citizen complaint, stating vehicle (0KB4709) was in violation of the OFFICIAL USE POLICY.  It is our policy to turn over all complaints to the leasing agency for further review.  Attached please find a snapshot of the official form used to document the information necessary to investigate this occurrence.  Once the investigation is complete, please provide Fleet Management with the findings within 10 business days of receipt, including the following.

- Driver's Name: Jason Back
- Explanation for the incident: I absolutely use my signals at all times. Due to construction I may have merged closer than they liked but I did signal. If they have video of me cutting them off with no signal, I'd love to see it.
- What action is being taken by the agency such as; counseled, written/verbal reprimand, or a suspension from driving a state vehicle: Verbal reprimand.

**\*NOTE\*** Agency Contacts: When providing your agency's response to the reported incident, please reply using the original E-mail used to report the incident (since this contains the license plate number) and highlight the red text above and replace with the appropriate agency response.

Gene Hammonds

Finance and Administration Cabinet
Office of the Secretary
Office of Administrative Services
Division of Fleet Management
State Motor Pool

(502) 782-0100
Gene.Hammonds@ky.gov


For Motor Pool Vehicle Reservation Requests
(502) 564-2260 (option 4) or send e-mail to
Finance.FleetMgmtMP@ky.gov (FM-3 & FM-9 Form Submissions)


This message, including any attachment, may contain confidential information and is for the exclusive use of the intended recipient(s). If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this email by mistake and delete this email from your system.

August 19, 2021

Regina Webb Academy

License # 110700016

RE: Response to anonymous complaint & failed inspection

On August 18th, Regina Webb Academy was visited by Jason K. Back in response to a complaint filed with the board. He stated to an instructor that he "Had to come all the way down here" to investigate. His demeanor was intimidating and unnecessarily rude and did not represent the Kentucky State Board of Cosmetology well to our staff or students.

I would like to address the complaint that initiated the inspection first.

Mr. Back stated that a student called to report that their instructor told them that if they were asked, they were to say they had received the Covid-19 vaccine regardless of their vaccination status. Staff members and students are not required to be vaccinated, so there would be no reason to ask this of anyone. This is a blatant lie. No one at Regina Webb Academy did, or would ever direct anyone to say such things.

It is very disappointing that people can make anonymous claims causing damage to the reputation and status of a school or any business for that matter. While our industry was under the state mandated "Healthy at Work/School" restrictions we did everything we could to keep sure our students, staff and clients were as safe as possible. We implemented extra cleanings, required masking & followed all distancing and sanitation guidelines. Many of our students fought us every step of the way. Some had to be reprimanded multiple times a day to wear their mask properly and to observe the social distancing requirements. As a result, some of the students formed an "alliance" against our school. It was reported to staff that one student even stated that she couldn't wait to graduate so she could "Get this school shut down", because she thought it was ridiculous that they had to wear masks all day and could not sit next to their friends. Shortly after this statement was made was when the first complaint about our school was reported "anonymously". This student's efforts infected many in our Academy, and the effects of her negativity and malice are still being felt today, months after her graduation. Regardless of her efforts, we are proud of the fact that we enforced the mandated regulations and did the best we could to keep everyone healthy while in our Academy.

Next, I would like to address each issue as documented by Mr. Back during his inspection.

1. Wet Disinfectant: Mr. Back checked "No" on the inspection form. There was, and always are 2 separate wet disinfection containers set up in our dispensary. One for nail implements and one for hair implements. These are located right next to the sink in the dispensary. A member of our staff called Mr. Back when we received the inspection form to inquire about how he could have missed it, and he stated that he only saw bottles of Barbicide concentrate under the sink. Then he stated that he did recall seeing containers labeled "Hair implements only and Nail implements only". The staff member told him that is the wet disinfectant and he said he marked it as no because it wasn't labeled as "clean" or "dirty" – The wet disinfectant was never missing, Mr. Back just did not recognize it. The staff member tried to explain the rationale that the items

inside the disinfectant were assumed dirty, until the disinfection process was complete. He stated that the problem was that we "assumed". Please note that the wet disinfection containers have now been clearly marked as "Dirty".

2. Disinfected implements storage clean, free of debris, and properly labeled: Mr. Back checked "No" on the inspection form. Was this because the wet disinfectant must be labeled as clean or dirty? Again, all stored items are now properly labeled.
3. Chemical Safety: Mr. Back checked "No" on the inspection form. Our dispensary door has a lock on it as required. Mr. Back stated to an instructor that we were not compliant because there is a small service opening near the door to pass product in and out without having to open the door. This window is approximately 4 feet up from the floor and is not accessible for a child to enter through. The chemicals kept in this room are secure. Our cleaning lady did leave some cleaning supplies in a hall closet not realizing this requirement. She has now been informed of the proper storage requirements.
4. Sharps Disposal Container for Hazardous Materials: Mr. Back checked "No" on the inspection form. There is, and always has been a red medical grade sharps container in the esthetics area of our Academy. When asked why he marked it as a "No", Mr. Back said he did not see one. He could have asked if he did not see it and it could have been easily pointed out.
5. Closed, Dustproof cabinet for towels and linens: Mr. Back checked "No". Our towels and linens are always stored in a dustproof closed cabinet When asked about this, he stated that since the CLOSED cabinet itself was not labeled as "Clean" that we were not compliant. We have never been sited for this on any past inspections.
6. We did purchase UV sanitizers after re-opening from the Covid-19 closure thinking that would give an extra layer of protection to our clients receiving manicure services. This was never meant to replace the process of wet disinfection. We realize now that the devices are not allowed and they have been removed. The "Very old mechanical cabinet" that Mr. Back referred to is a dry sterilizer. It has been removed from use as well.
7. The sink and wall area that Mr. Back referred to as dirty is cleaned regularly. It is stained because that is where students go to wash color bowls and tools. At times, they may carelessly splash onto the wall behind the sink. It is clean and sanitized daily and as needed, it is just stained.
8. Mr. Back also noted on his report that one student license was missing a picture. It is our belief that the picture was likely removed, possibly by whichever student made the false statement regarding vaccinations - to create yet another issue upon inspection. This student's photo was submitted when the license was entered into the board's website for processing and was immediately posted. It must have been removed recently by someone not employed at Regina Webb Academy.

Thank you for taking the time to allow us to address the concerns noted by Mr. Back. We take great pride in our school and will continue to uphold our expectations for safety and sanitation.

Thank you,

Regina Webb – Owner, Regina Webb Academy