# EXHIBIT J

 

**KY BOARD** of **COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

## BOARD MEETING MINUTES

**October 4, 2022**
**9:00 a.m.**

I. CALL TO ORDER 9:08AM

II. ROLL CALL Present on zoom- Margaret Meredith, Bridget Teall, Mickey Hobbs, and Julie Campbell - Executive Director, Christopher Hunt – General Counsel.

III. APPROVAL OF SEPTEMBER MEETING MINUTES Bridget Teall made a motion to approve, seconded by Margaret Meredith Motion carried unanimously.

IV. APPROVAL OF SEPTEMBER APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES Margaret Meredith made a motion to approve, seconded by Bridget Teall. Motion carried unanimously.

V. APPROVAL OF AUGUST 2022 FINANCIAL AND RECAP STATEMENTS Margaret Meredith made a motion to approve, seconded by Mickey Hobbs. Motion carried unanimously

VI. DIRECTOR UPDATES – JULIE CAMPBELL
- SA AND CONFERENCE UPDATE
- REQUEST PERMISSIONS TO GO TO AZ IN DECEMBER 2022 FOR DIRECTORS' SYMPOSIUM, BOARD APPROVED TRAVEL TO AZ FOR DIRECTORS' SYMPOSIUM.
- REGULATIONS IN FINAL STAGE

VII. LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT
- DISCUSSION AS NEEDED

VIII. OLD BUSINESS
-

IX. NEW BUSINESS
- CLOSED SESSION - KRS 61.810(1)(c)(i) – IF NEEDED
  1. Margaret Meredith made a motion to enter closed session, second by Mickey Hobbs. Motion carried unanimously.

 

**KY BOARD of COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

2. Exit Closed Session: No actions or votes taken in closed session — Motion by Margaret Meredith to exit closed session, second by Mickey Hobbs.  Motion carried unanimously.

- 2023 Board Dates — approved Tuesday of each month — Cancel January, July and August board meetings. Motion by Margaret Meredith to approved board dates, second by Mickey Hobbs. Motion carried unanimously.

## X. APPLICATIONS (2) AND RECONSIDERATION (2) REVIEW October 2022 APPLICATIONS:
Bridget Teall made the motion to accept the committee's recommendation, Margaret Meredith seconded the motion. Motion carried unanimously.

### APPLICATIONS:
1. A 10009834-1022 — CERT EXPIRED 6 MONTHS — DENY
2. A LASH COURSE — DENY

### RECONSIDERATIONS:
1. R 10008983-1022 — CORRECTIVE ACTION TAKEN — AO 4 OWNERS
2. R 8483181-1022 — EXAMINATION

## XI. COMPLAINTS COMMITTEE REPORT FOR SEPTEMBER 2022:

Bridget Teall made the motion to accept the September 2022 committee's attached recommendations. Margaret Meredith seconded the motion, motion carried unanimously.

1. I — 8466062-1022 — Late filing — 1st offense $250
2. I — 10011869-1022 — Late filing - 1st offense $250

3. C- 8483959-1022 — Infection control, health, and safety, PI (Unknown Chemical (appears to be barbicide), Sterilizer packets, Rasp) — 1st Offense $500 O/M 8430991

4. C-10011705-1022 — Infection control, health, and safety, and A&A (2 People), Unprofessional conduct (2 counts), Law Enforcement made arrest for Criminal Possession of forged instrument 2nd degree, theft of identity of another person. Previous offender — Revoke salon license — revoke owner/manager license 8468558 - CH

5. C-8462506-1022 - Infection control, health, and safety, PI (Unknown Chemical, Rasp), Posting license — 1st Offense $2000 - Owner- 8430794 & Manager 8430814

 **KY BOARD of COSMETOLOGY**



**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

6. **C-10008545-1022** - Infection control, health, and safety, License posting, Failure to change manager, PI (MMA, UV sterilizer, Rasp) – **1st Offense $2,400 Owner (8459352) – Request inspector/investigator to verify salon is OOB**

7. **C-10012462-1022** –Infection control, health, and safety, A&A (1 person), Failure to post license and inspection sheet. **1st Offense – O/M $1000 – Individual 10013480 $500 C/D until Lic**

8. **C-10013728-1022** – Unlicensed salon, PP (Henna Brow), Unprofessional Conduct – **1st offense $1000**

9. **C-10008572-1022** – Unlicensed salon since 2020, Unprofessional Conduct – **Table - NOVEMBER contact PSI – Freeze Exam**

10. **C-10001351-1022** - Infection control, health, and safety, & A&A (1 Person), Unlic Person KY Cosm Lic being used, PI (Unknown Chemicals, Rasp UV Sterilizer, Auto Clave packets, waxing) Unprofessional Conduct – **1st Offense $5000 O/M – Individual 10007702 (KY Lic holder) Table - November for response from individual - $1500 – Revoke salon license - O/M 70459 fine $5000 - CH**

11. **C-10010968-1022** - Infection control, health, and safety, Failure to post pictures and inspection – **1st Offense O/M $325**

12. **C-10004357-1022** – Infection control, health, and safety, and A&A (1 Person), Unprofessional conduct **2nd Offense (sanitation) $2500 O/M #77710 – Table - November – request inspection additional information JMC & TMS**

13. **C-8487670-1022** - Infection control, health, and safety, PI (MMA), A&A (2 persons) Unprofessional conduct Actions – **2nd offense - Revoke salon license – revoke owner/manager - 8452154 - CH**

14. **I-10004168-1022** – Operating on expired salon license – **1st Offense $500**

15. **I-10000248-1022** – Infection control, health, and safety, A&A (2 persons), PI (Rasp) – **1st offense $3500 O/M 72470 – Individual 10005967 unlic providing services - account frozen – under review**

16. **I-10006970-1022** - Infection control, health, and safety, PP (Facials & Lashes) Unprofessional Conduct, Failure to comply with inspector, Failure to post pictures (2 counts), PI (Wax roller) - **1st Offense $2000 O/M 10005902– Individual (Threader) 10011194 - $500 C/D on PP**

17. **I-8460491-1022** - Infection control, health, and safety, operating on expired license, expired salon, PI (MMA & Rasp), Failure to comply with KBC inspector, Unprofessional Conduct – **Revoke salon license – revoke owner license 8433035 – revoke manager license 8433019**

IX. **ADJOURNMENT 10:00AM** Margaret Meredith made a motion to adjourn, seconded by Mickey Hobbs.  Motion carried unanimously.

 

**KY BOARD of COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

### BOARD MEETING MINUTES
**November 1, 2022**
**9:00 a.m.**

I.     **CALL TO ORDER 9:05AM**

II.    **ROLL CALL** Present on zoom- Margaret Meredith, Bridget Teall, Tracy McDanel, Mickey Hobbs, Zachary Casa, and Julie Campbell - Executive Director, Christopher Hunt – General Counsel.

III.   **APPROVAL OF OCTOBER MEETING MINUTES** Bridget Teall made a motion to approve, seconded by Micky Hobbs Motion carried unanimously.

IV.    **APPROVAL OF OCTOBER APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Margaret Meredith made a motion to approve, seconded by Tracy McDanel. Motion carried unanimously.

V.     **APPROVAL OF SEPTEMBER 2022 FINANCIAL AND RECAP STATEMENTS** Tracy McDanel made a motion to approve, seconded by Zachary Casa. Motion carried unanimously

VI.    **DIRECTOR UPDATES – JULIE CAMPBELL**
- **COMPACT LEGISTATION – INTRODUCED TO COMMITTEE – BRIDGET TEALL MADE A MOTION TO APPROVE, SECONDED BY ZACHARY CASA. MOTION CARRIED UNANIMOUSLY.**
- **SYSTEM AUTOMATION TESTED**

VII.   **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
- **FORD VS KY – AWAITING JUDGE SHEPARDS RULING**
- **EIGHT (8) – 13B ACTIVE CASES**
- **MED SPA DISCUSSION**

VIII.  **OLD BUSINESS**
- 

IX.    **NEW BUSINESS**
- **CLOSED SESSION - KRS 61.810(1)(c)(j) –**

1.  Margaret Meredith made a motion to enter closed session, second by Zachary Casa. Motion carried unanimously.

2.  Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Zachary Casa.  Motion carried unanimously.

 **KY BOARD of COSMETOLOGY** 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

**X. APPLICATIONS (2) AND RECONSIDERATION (2) REVIEW NOVEMBER 2022 APPLICATIONS:**

Margaret Meredith made the motion to accept the committee's recommendation, Tracy McDanel seconded the motion. Motion carried unanimously.

**APPLICATIONS:**

1. **A 10009314-1122** – FELONY – APPROVE WITH 1 YEAR PROBATION
2. **A 58711-1122** – FELONY – APPROVE WITH 1 YEAR PROBATION
3. **A 10012980-1122** - APPROVE WITH 1 YEAR PROBATION
4. **A 10013578-1122** – OOS TRANSFER – APPLICATION DENIED

**RECONSIDERATIONS:**

1. **R 61962-1122** – AO - CORRECTIVE ACTION TAKEN
2. **R 8460491-1122** – AO – TABLED TO DECEMBER
3. **R 8487670-1122** – AO – TABLED TO DECEMBER
4. **R 8478006-1122** – AO – APPROVE 90 DAYS SERVED – UPHOLD $1500

**XI. COMPLAINTS COMMITTEE REPORT FOR NOVEMBER 2022:**

Zachary Casa made the motion to accept the November 2022 committee's attached recommendations. Margaret Meredith seconded the motion, motion carried unanimously.

1. **I – 10009898-1122** – Late filing – **1st offense $250**
2. **I – 6561-1122** – Late filing - **1st offense $250**
3. **I – 10011869-1122** – Late filing – **2nd offense – Table to December**
4. **I-10014014-1122** – Expired Person providing services, unlicensed facility – **1st Offense $1000**
5. **I-1004127-1122** – Failure to post personal lic/pic, Failure to post inspection, Failure to comply with inspector, Unprofessional conduct actions, Unlicensed salon, Expired Salon/person – **2nd Offense Owner 8431172 - Manager 8468099 - $7500**
6. **I-10004324-1122** – Unlicensed Salon, Failure to comply with inspector, Unprofessional conduct action – **1st Offense Owner/Manager $1000**
7. **C-823409-1122** – Unprofessional Conduct Action – 9 PS – **Table to December**
8. **C-8470276-1122** – Infection control, health, and safety, PI (UV sterilizer), A&A (2 persons), Failure to comply with inspector, Unprofessional conduct actions – Owner – **2nd Offense $6750 – Manager 1st Offense $3375 – 90-day suspension**
9. **C-10008572-1122** – Unlicensed, providing services in unlicensed facility since 2020, grad 7-25-2022, Unprofessional conduct, withholding information – **1st offense $2000 – Discussion on 1st license**
10. **C-10004756-1122** – Infection control, health, and safety, Failure to post inspection sheet, A&A (1 person) – **1st Offense Owner 6631/Manager 66632 $1000 AO – 1st Offense Person 10009834 – Ineligible for examination from 1 year of board ruling on November 1st, 2022. $500 AO – eligible to apply for eyelash permit upon completions of refresher course and new infection control certification, complete a new permit application. – Bridget Teall recused herself**
11. **C-10009895-1122** – Unlicensed person, Unlicensed facility – **1st Offense – Ineligible for examination for 1 year from board ruling on November 1, 2022.**

1049 HWY 127 SOUTH, ANNEX #2 • FRANKFORT, KY 40601 • (502) 564-4262 • KBC.KY.GOV

 

**KY BOARD of COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

12. **I-8307411-1122** — Unlicensed facility, expired personal license 2016, Infection control, health, and safety, PI (Neck Brush) Failure to post license/pic, failure to comply with inspector, Unprofessional conduct actions, received C&D written by CH and hand deliver by job site foreman, continues to operate — **Contact County Attorney — CH Owner/Manager – 8432619 - $3750**

13. **I-10003247** — Infection control, health, and safety, PI (MMA, Unknown chemical, Rasp, Waxing Pot, UV Sterilizer) Prohibited services — **1ˢᵗ Offense**

14. **C-8475376** — Infection control, health, and safety, PI (Rasp, UV sterilizer), Failure to post license/pic (3 counts), Failure to post inspection sheet — **1ˢᵗ Offense - Owner 71794/Manager 71842 - $2000**

15. **I-10005967** — Providing services unlicensed — **1ˢᵗ Offense — Ineligible for examination/license for 1 year from unauthorized practice - $500**

**XI.** **ADJOURNMENT** Margaret Meredith made a motion to adjourn, seconded by Zachary Casa. Motion carried unanimously.

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

# BOARD MEETING AGENDA

**February 7, 2022**
**9:00 a.m.**

I. **CALL TO ORDER 9:31AM**

II. **ROLL CALL** Present on zoom- Margaret Meredith, Bridget Teall, Tracy McDanel, Zachary Casa, and Julie Campbell – Executive Director, Christopher Hunt – General Counsel.

III. **APPROVAL OF NOVEMBER MEETING MINUTES** Bridget Teall made a motion to approve, seconded by Margaret Meredith Motion carried unanimously.

IV. **APPROVAL OF NOVEMBER APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Margaret Meredith made a motion to approve, seconded by Zachary Casa. Motion carried unanimously.

V. **APPROVAL OF OCTOBER 2022 FINANCIAL AND RECAP STATEMENTS** Margaret Meredith made a motion to approve, seconded by Tracy McDanel. Motion carried unanimously

VI. **DIRECTOR UPDATES – JULIE CAMPBELL**
- **COMPACT LEGISLATION**
- **SYSTEM AUTOMATION**
- **NEW HIRE**
- **INSPECTOR POSITION OPEN FOR CENTRAL KY**

VII. **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
- **DISCUSSION AS NEEDED**

VIII. **OLD BUSINESS**
- **NONE**

IX. **NEW BUSINESS**
- **NONE**
- **CLOSED SESSION - KRS 61.810(1)(c)(j) – IF NEEDED**
1. Margaret Meredith made a motion to enter closed session, second by Tracy McDanel. Motion carried unanimously.
2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Bridget Teall. Motion carried unanimously.

1049 HWY 127 SOUTH, ANNEX #2 • FRANKFORT, KY 40601 • (502) 564-4262 • KBC.KY.GOV

 

**KY BOARD of COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

3. Margaret Meredith made the motion to withdraw settlement offer for Creations & Jessica Musselman, Tracy McDanel seconded the motion. Motion carried unanimously.

X.   **APPLICATIONS AND COMPLAINTS COMMITTEE REPORT FOR DECEMBER 2022**

**APPLICATIONS:**
1. **A-43214-1222**– Lash Course – **Deny – CH**
2. **A-8475665-1222**– Felony – **Approve, 1 year probation**
3. **A-8477053-1222**- Transfer of Ownership – **Application denied, prior violations on new owner– CH**
4. **A-10001351-1222**- Transfer of Ownership – **Application approved, probation 2 years– CH**
5. **A-10011091-1222** – OOS MI – **Deny OOS Transfer, eligible to take KY examination**
6. **A-10011711-1222** – Lash Course – **Approve - CH**

**RECONSIDERATIONS:**
1. **R-8475376-1222** - AO Fine – **Uphold AO**
2. **R-72470-1222** – AO Fine – **Uphold AO**
3. **R-8469314-1222** – Request to Examine – **Deny Examination Application – eligible to enroll back into school and complete hours to examine – CH**
4. **R-8470276-1222**- Tabled Case – Correspondence from manager required - **Table to Feb**
5. **R-10010968-1222** – AO Fine - **Uphold AO**
6. **R-10011705-1222** – Proposal - **Uphold Board Ruling**
7. **R-10011869-1222** – AO Fine - **Table to Feb – TMS to send all complaints for response from owner.**
8. **R-8487670-1222**- Proposal – **Uphold Board Ruling**

**DECEMBER 2022 INVESTIGATIONS AND COMPLAINTS: CASE LIST – CASES (19)**
1. **C 10008572-1222** – Unprofessional conduct, withholding information, unlic person - **Ineligible for license for 1 year from unauthorized practice, retake written and practical exam – 1st Offense $1500 – CH**
2. **C 901534-1222** - Infection control, health, and safety, Failure to comply with inspector, PI (Rasp, UV sterilizer packets,) – 8432927 O/M 3rd Offense - $3000 and 60-day suspension





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

3. **C 10004357-1222** - Infection control, health, and safety, Failure to post license/pic, Failure to post inspection sheet, Failure to comply with inspector, Unprofessional Conduct Actions, Discrepancy in plumbing (1sink) - 77710 O/M (tabled from October for additional information and follow up inspection) –$3000 and 60-day suspension – 8482800 Person $125

4. **C 10005330-1222** - Failure to comply with inspector, Unprofessional Conduct Actions, A&A (1 person) - 62526 O/M - 4th offense – retrieve license from salon – tabled to Feb.

5. **C 10009050-1222** - Infection control, health, and safety, Failure to comply with inspector, Unprofessional Conduct Actions – Unknown male from Orange CA renewing 10000011, PI (MMA), Prohibited services, expired person – Restored 9-17-2022 online # 8483191 (would not have received by this date) Cosmetologist working in the nail salon, A&A (1 of people) – 8483732 O/M 1st offense - $4,000

6. **C 10011722-1222** - Infection control, health, and safety, expired personal license, A&A (1 person(s)), – 1st Offense – Salon O/M 8478920 - $1000, 1st Offense – Person 10010606 - $500 and ineligible to take the exam for a period of 1 year from the date of unauthorized practice – 1st Offense – Person 10002083 $500

7. **C 10013963-1222** - Infection control, health, and safety, Unlicensed Salon and Unlicensed persons -10014356 1st Offense - Failure to comply with inspector & Unprofessional Conduct Actions, unlicensed person – 8463814 1st Offense - Failure to comply with inspector & Unprofessional Conduct Actions, unlicensed person – Permit 1 Expired on 3/28/2016, Permit 2 Expired on 4/1/2018. 10014358 1st Offense - Failure to comply with inspector and Unprofessional Conduct Actions, unlicensed person - Table for Feb 2023 – TMS follow up inspection by another inspector and investigator and obtain IDs

8. **C 10014087-1222** – Possible unlicensed Salon - O/M 8470964 – Dismiss

9. **C 10008166-1222** - Unlicensed person, providing services in home, unlicensed facility - Ineligible for examination for 1 year from authorized practice – admit August 1, 2022

10. **C 10010626-1222** - Failure to comply with inspector, Unprofessional Conduct Actions, Unlicensed Salon - 8429964 O/M - 2nd Offense - $1500, 8461313 Person – 1st Offense - $500

11. **I 8460631-1222** - A&A (1 person), - 64556 O /M - 1st Offense – Admonishment letter 190 Sec 3(4), 10010500 Person 1st Offense $500

12. **I 8475148-1222** - Infection control, health, and safety, Failure to comply with inspector, PI (Rasp), 8456348 O/M - 1st Offense - $750





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

13. **I 8482075/10000500-1222** - Infection control, health, and safety, Failure to post license/pic, owners/manager license), Failure to comply with inspector, Unprofessional Conduct Actions, PI (MMA & Rasp) - 8451875 – O/M of NS - 2nd Offense - $2000, 8486303 – Manager of BS – 2nd Offense $2000

14. **I 8482921-1222** - Infection control, health, and safety, Failure to post license/pic, Failure to comply with inspector, Unprofessional Conduct Actions, PI (Rasp, UV sterilizer/packets,) Prohibited services (Wax), A&A (2 people), - 8461029 O/M 4th Offense - $7500 and 10-day Suspension

15. **I 8462732-1222** - Infection control, health, and safety, Failure to comply with inspector, Unprofessional Conduct Actions, PI (MMA, Unknown chemical, Rasp) - 8432958 Owner - 4th Offense, 8457179 Manager – 4th Offense, REVOKE Salon license – CH

16. **C 10014143-1222** - Unlicensed Salon- 8483932 – O/M - 1st Offense - $500

17. **I 10004999-1222** - Infection control, health, and safety - 8461186 O/M 1st Offense - $125

18. **C 10011839-1222** - A&A (1 person) - 8472122 O/M – 1 Offense - $500, 10008571 – Person - 1st Offense - $500 & Ineligible to take examination for a period of one (1) year from the date of the unauthorized practice. 201 KAR:030 Section 10

19. **I 10013905-1222** – Failure to comply with inspector, Unprofessional Conduct Actions, Unlicensed Salon, Expired person – O/M Eyelash Permit 6/30/2021, A&A (2 people), Apps received 11/8/2022 - 1st Offense 10007649 O/M $5000, 10014204 Person $500, 10014200 Person $500

**XI.**  **ADJOURNMENT** - Margaret Meredith made a motion to adjourn, Bridget Teall seconded by Motion carried unanimously.


**KY BOARD of COSMETOLOGY**



**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

# BOARD MEETING AGENDA

**February 2, 2023**
**9:00 a.m.**

I.    **CALL TO ORDER 9:15 AM**

II.    **ROLL CALL** Present on zoom- Margaret Meredith, Bridget Teall, Mickey Hobbs, and Julie Campbell – Executive Director, Christopher Hunt – General Counsel.

III.    **APPROVAL OF DECEMBER MEETING MINUTES** Margaret Meredith made a motion to approve, seconded by Bridget Teall carried unanimously.

IV.    **APPROVAL OF DECEMBER APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Bridget Teall made a motion to approve, seconded by Margaret Meredith Motion carried unanimously.

V.    **APPROVAL OF NOVEMBER AND DECEMBER 2022 FINANCIAL AND RECAP STATEMENTS** Margaret Meredith made a motion to approve, seconded by Bridget Teall. Motion carried unanimously

VI.    **DIRECTOR UPDATES – JULIE CAMPBELL**
- **SYSTEM AUTOMATION**
- **BUGET ADJUSTMENT**
- **INSPECTOR POSITION FILLED FOR CENTRAL KY**

VII.    **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
- **DISCUSSION AS NEEDED**

VIII.    **OLD BUSINESS**
- **NONE**

IX.    **NEW BUSINESS**
- **NONE**
- <u>**CLOSED SESSION - KRS 61.810(1)(c)(j) – IF NEEDED**</u>

1. Margaret Meredith made a motion to enter closed session, second by Mickey Hobbs. Motion carried unanimously.

2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Mickey Hobbs. Motion carried unanimously.

1049 HWY 127 SOUTH, ANNEX #2 • FRANKFORT, KY 40601 • (502) 564-4262 • KBC.KY.GOV





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

3. Margaret Meredith made the motion to accept settlement offer from Deluxe, Mickey seconded the motion. Motion carried unanimously

4. Margaret Meredith made the motion to accept settlement offer from Regal Nails, Bridget Teall seconded the motion. Motion carried unanimously.

5. Margaret Meredith made the motion to maintained AOs and emergency orders for Diamond Nails and Sonellex Nails.

**X.     APPLICATIONS AND COMPLAINTS COMMITTEE REPORT FOR FEBRUARY 2023**

**APPLICATIONS:**
1. **A-10011132-0223 -** Felony – Approve, 1 year probation

2. **A-10013705-0223 –** OOC – **Required in-state education –Denied OOC**

3. **A-10009188-0223 –** Felony – **Approve, 1 year probation**

4. **A-10005285-0223 –** Felony – **Approve, 1 year probation**

5. **A-65504-0223 –** Felony - **Approve, 1 year probation**

**RECONSIDERATIONS:**
1. **R-10014862-0223 –** OOS WV – **Required to meet identical hours - 150 HRS**

2. **R-10014369-0223 –** OOS CO – **Approve to exam to obtain KY license 317A.100 (2)**

3. **R-10011194-0223 –** AO – **Dismiss AO**

   a. **10006970-0223 –** Unprofessional Conduct regarding INV 9/6/2022 pertaining to person 10011194 –317.140 (1) (D) (F) (H) and KAR 12:060 Sec (3) (1) **Owner/Manager 10005902 – AO $1500 – CH**

4. **R-10010606-0223 –** AO – **Uphold AO – CH**

5. **R-8469314-0223 -** Educational hours over 5 years - **Expired - CH**

6. **R-8478672-0223 –** Educational hours over 5 years – **Expired – CH**

 

**KY BOARD** of
**COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

## FEBRUARY 2023 INVESTIGATIONS AND COMPLAINTS: CASE LIST – CASES (14)

1. **I-8468416-0223 –**Infection control, health, and safety, (dirty towels uncovered, trash did not have lid, improper implement storage, single use items being re-used) PI (Rasp, UV sterilizer) A&A (2) – **Owner – 8451981 - 1st Offense - $3500 Manager – 69847 - 1st Offense - $3500**

2. **I-8466716-0223** – Infection control, health, and safety, (no barbicide/hospital grade disinfectant, dirty towels stored improperly, chemicals not stored properly, implements not stored/labeled properly) Failure to post pic (2 counts per INV, photo shows 4 license), PI (Rasp, UV sterilizer/packets,) **Owner/Manager 64199 - 1st Offense - $1500**

3. **I-8468468-0223 -** Infection control, health, and safety (2nd offense)(dead fly and debris in barbicide jar, several stations had drawers containing dirty hair brushes, hair clippings and debris, , shampoo bowls contained hair and debris, wax pot uncovered and dirty, chemicals stored improperly, trash can did not have lid)  Failure to post license/pic (expired posted), Failure to post inspection sheet, Failure to comply with inspector from INV 10/16/2020 **Owner/Manager 55106 - 2nd Offense $1000**

4. **I-8476954-0223** – Infection control, health, and safety (single use items pumice stones and files found reused, dirty nail drill bits, implements stored/labeled properly), Failure to post license/pic (pictures not updated/missing), Failure to post inspection sheet, Failure to comply with inspector, PI (Rasp, Wax pot, sterilizer packets,) (3 counts), Prohibited services, **Owner/Manager 68505 – 1st offense - $1750 10-day suspension.**

5. **C-8470608-0223** – Infection control, health, and safety (implements, towels, chemicals stored improperly, items not labeled clean/dirty), Failure to post license/pic (4 counts), Failure to post inspection sheet, Unprofessional Conduct Actions PI (MMA, Unknown chemical, 16 counts) (Rasp), **Owner/Manager 8458022 1st offense – Maintain Emergency Closure – Manufacture label obtained by JKB – AO $3500- and 30-day suspension**

6. **C-8486912-0223** – Infection control, health, and safety - 3rd offense (missing manufacture labels, single use items reused, implements stored improperly, chemicals stored improperly, debris in paraffin wax contain), A&A (2 ppl) – 2nd Offense, **Owner/Manager 8484630 – $5,000- and 30-day suspension**

7. **I-10007881-0223 – Emergency closure issued/resolved –** Infection control, health, and safety, (re-use of single use items: Emery boards, blocks and buffers, dirty nail bits, pedicure stations contained debris, improper use of liquid disinfectant, chemicals stored improperly, Failure to post license/pic – Owners ID in question, Failure to post inspection sheet, Failure to comply with inspector, Unprofessional Conduct Actions, PI (MMA, Unknown chemical, Rasp,), A&A (1 person) Owner 8478507 – 1st offense $5250  Manager 8478508 – 1st offense $5250,  Individual – 10012807 – 1st offense - Not eligible for exam for 1 year –** Owner 8478507 Move to March

 

**KY BOARD of COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

8. **C-10014364-0223** – Infection control, health, and safety (implements not stored properly) prohibited services, Unlicensed Salon, Unlicensed Person – Eyelash Artistry issued 11-30-2022: **Individual $1375 -1st offense**

9. **I-10014666-0223** – Unlicensed Salon, Unlicensed Person, Unprofessional Conduct **Owner/Manager 10009460 - 1st offense - $1500 AO S&P prior to permits being issued. - Felony Dismissed – per diversion**

10. **C-8466406-0223** – Infection control, health, and safety (missing barbicide label, implements, applicators and brushes stored improperly, chemicals not stored properly, towels not stored properly) **Owner/Manager 74237 – 1st offense - $125**

11. **C-8464632 – 8480273 - 0223** – Infection control, health, and safety, (missing barbicide label, re-used of single items: emery boards/blocks/buffers),  Failure to post license/pic (1 count) – Restored online 11/15/2022, Unprofessional Conduct Actions, PI (Rasp, UV sterilizer/packets,), A&A (2 PPL), **Owner 56374 – 1st offense - $2500 Manager 56565– 4th offense (A&A) $9000 and resign as manager, agree not to own/manage future facilities.**

12. **I-66855-0223** – Unlicensed practice – **1st offense $1500 AO required to be signed and paid prior to issuance of instructor license.**

13. **I-10011365-0223 – Maintain Emergency Closure** –MM and BT  Infection control, health, and safety (missing manufacturer label, single use implements re-used), Failure to comply with inspector, Unprofessional Conduct Actions – see video in google drive, PI (Unknown chemicals, Rasp, UV sterilizer/packets,), A&A (3 people unlicensed - 2 did not provide ID – **Owner/mangers 3rd offense pending February 7, 2023 board meeting)- Move to March**

14. **I-10009281-0223** – Failure to post license/pic (manager 10000170), A&A (1 person), **Owner 8486527 4th offense of A&A and Failure to post lic/pic, Manager 10000170 1st offense of A&A (Was present during last inspection 7/15/2021 at 800001263) 3rd offense pending February 7, 2023, board meeting. – Move to March**

**School Complaints**

1. **SC-8457343-0223**

2. **SC-8458990-0223**

3. **SC-8458990-0223**

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

4.  SC-8467304-0223

5.  SC-10010899-0223

6.  SC-110700029-0223

7.  SC-10011869-0223

**XI.**    **ADJOURNMENT** - Margaret Meredith made a motion to adjourn the February 2023 Board meeting at 10:58AM, Bridget Teall seconded by Motion carried unanimously.

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

# BOARD MEETING AGENDA

**March 7, 2023**
**9:05 a.m.**

I.  **CALL TO ORDER 9:15 AM**

II.  **ROLL CALL** Present on zoom- Margaret Meredith, Tracy McDanel, Bridget Teall, and Julie Campbell - Executive Director, Christopher Hunt — General Counsel.

III.  **APPROVAL OF FEBRUARY MEETING MINUTES** Margaret Meredith made a motion to approve, seconded by Bridget Teall carried unanimously.

IV.  **APPROVAL OF FEBRUARY APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Margaret Meredith made a motion to approve, seconded by Tracy McDanel Motion carried unanimously.

V.  **APPROVAL OF FEBRUARY 2023 FINANCIAL AND RECAP STATEMENTS** Margaret Meredith made a motion to approve, seconded by Bridget Teall. Motion carried unanimously.

VI.  **DIRECTOR UPDATES – JULIE CAMPBELL**
- **COMPACT LEGISTATION**
- **SYSTEM AUTOMATION**
- **SCHOOL FEES IMPLYMENTED JULY 2023**

VII.  **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
- **DISCUSSION AS NEEDED**
- **TRIAL DATE SET**

VIII.  **OLD BUSINESS**
- **NONE**

IX.  **NEW BUSINESS**
- **NONE**
- **CLOSED SESSION - KRS 61.810(1)(c)(i) – IF NEEDED**
  1.  Margaret Meredith made a motion to enter closed session, second by Tracy McDanel. Motion carried unanimously.

 

**KY BOARD of COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Bridget Teall. Motion carried unanimously.

**X.    APPLICATIONS AND COMPLAINTS COMMITTEE REPORT FOR FEBRUARY 2023**

**APPLICATIONS:**
1.  **A-60260-0323** – Felony – **Approve, 1 year probation**

**RECONSIDERATIONS:**
**N/A**

1. Margaret Meredith made the motion to accept the committee's recommendation, Tracy McDanel seconded the motion. Motion carried unanimously.

**FEBRUARY 2023 INVESTIGATIONS AND COMPLAINTS: CASE LIST – CASES (17)**

1.  **I-823341-0323** – Infection control, health, and safety (2nd offense) Failure to post license/pic (1 out of 12 ppl – warning) Failure to post inspection sheet, Failure to comply with inspector request - **Owner/Manager 43101 - 2nd offense - $600**

2.  **I-10011365-0323** - Infection control, health, and safety, Failure to comply with inspector Unprofessional Conduct Actions – see video in google drive, PI (Unknown chemical, Rasp, UV sterilizer/packets,) A&A (3 people - 2 did not provide ID total 5) – Previously Mandy Nails – **REVOKE SALON LICENSE – REVOKE PERSONAL LICENSE Owner/Manager 10000170 – 2nd offense – CH**

3.  **I-10009281-0323** - Failure to post license/pic (manager 10000170), A&A (1 person) **Owner 8486527 4th offense of A&A and failure to post lic/pic - Manager 10000170 3rd offense of A&A – REVOKE SALON LICENSE – REVOKE PERSONAL LICENSE OF OWNER AND MANAGER – CH**

4.  **I-10009333-0323** – Failure to comply with inspector, PI (Rasp), A&A (4 people), **Owner Unlicensed – 2nd offense A&A $12,000 - Manager 8486527 - 5th offense of A&A – REVOKE SALON LICENSE - REVOKE PERSONAL LICENSE (Owner of Oak Grove, Manager of Kelly's Nail)– CH**

5.  **I-10015002-0323** - Unlicensed Salon – lease agreement signed on 9/28/2022 Expired person since 2019, **Owner/Manager 8452833 –1st offense - $3000 – PAYMENT PLAN APPROVED PIF BY 7/31/2023**

6.  **I-10011354-0323** - Infection control, health, and safety (Improper storage for chemicals, towels and implements) Re-used single use items, Failure to post license/pic (1 count) Failure to post inspection sheet, **Owner/Manager 70784 first offense - $250**




**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

7. **C-10009040-0323** - Infection control, health, and safety, A&A (4 people), **Owner/Manager 10000329 – 2nd offense REVOKE SALON AND OWNER/MANAGER – POTENTIAL HUMAN TRAFFICKING – CH**

8. **C-10012232-0323** - Unlicensed Salon4/27/2022, unlicensed person OOS, previous AO unresolved - **Owner/Manager 2nd offense $3000 – JMC CONTACT IN STATE BOARD – JEFFERSON COUNTY ATTORNEY - CH**

9. **I-10014666-0323** - Unlicensed Salon 2021, Unlicensed Person, Unprofessional conduct **Owner/Manager – 10009460 - 1st offense - $2500**

10. **C-10011505-0323** - Infection control, health, and safety, Unlicensed Beauty Salon – declares location is a braiding shop, location has flat irons, curling irons and use of blow dryer upon entrance, acetone and nail file located on eyelash station. Unprofessional Conduct – closure sign posted, relocated to the back the lash facility room. C/D issued 5/13/2022 - **Owner/Manager 10014861 – 2nd offense - $3000 –MMM - COUNTY ATTORNEY – CH**

11. **I-10004650-0323** - Infection control, health, and safety, PI (MMA 2 gallons, Rasp, UV sterilizer) A&A (2 people) - **Owner/Manager 8452239 – 1st offense $4000**

12. **I-8479530-0323** - Infection control, health, and safety, PI (Unknown chemical -missing manufacture labels, unsafe disposal of mixed chemical, 2 UV sterilizer machines and multiple boxes of sterilizer packets,) - **Owner/Manager 61888 - 1st offense - $2500**

13. **C-10009588-0323** - Infection control, health, and safety Failure to post license/pic (1 count) Failure update licensure (name of salon), Failure to post inspection sheet, - **Owner/Manager 8451864 - 1st offense $1500**

14. **I-824871-0323** - Infection control, health, and safety, PI (Credo Blade and credo wand), **Owner/Manager 51409 1st offense - $625**

15. **I-10012878-0323** - Infection control, health, and safety, Failure to post license/pic – 2 counts, Failure to post inspection sheet, Unprofessional conduct – withholding information, PI (Unknown chemical, missing manufacturer labels, sterilization pouches), TWO PENDING TRANSFER OF OWNER APPS SINCE INV 800003520 & 800003553, OWNER: 8478507 – Identity under review as Owner of MA&ME Nails Salon Spa,– **Owner/8478507 2nd offense $3000  - Manager 10001981 1st offense $3000 - POST CLOSURE AS UNLICENSED**

16. **I-8483009-0323** - Infection control, health, and safety – Failure to comply with inspectors request - **Owner/Manager 8424534 2nd offense $1500**

17. **I-10001805-0323** - Infection control, health, and safety, PI (Rasp), Missing manufacture label, **Owner/Manager 1st offense 8471747 - $1500**




**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

**School Complaints**

1. SC-6561-0323

2. SC-8483252-0323

3. SC-10000803-0323

4. SC-8466062-0323

5. SC-10011869-0323

**School Complaints**

**XI.   ADJOURNMENT** - Margaret Meredith made a motion to adjourn the March 2023 Board meeting at 10:13AM, Bridget Teall seconded by Motion carried unanimously.

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

# BOARD MEETING AGENDA

**April 4, 2023**
**9:05 a.m.**

I. **CALL TO ORDER 9:05 AM**

II. **ROLL CALL** Present on zoom- Bridget Teall, Tracy McDanel, Mickey Hobbs, Zachary Casa, Julie Campbell - Executive Director, and Christopher Hunt – General Counsel.

III. **APPROVAL OF MARCH MEETING MINUTES** Tracy McDanel made a motion to approve, seconded by Zachary Casa carried unanimously.

IV. **APPROVAL OF MARCH APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Tracy McDanel made a motion to approve, Zachary Casa seconded by Motion carried unanimously.

V. **APPROVAL OF FEBRUARY 2023 FINANCIAL AND RECAP STATEMENTS**
Tracy McDanel made a motion to approve, seconded by Zachary Casa Motion carried unanimously

VI. **DIRECTOR UPDATES – JULIE CAMPBELL**
- **SB 157 PASSED AS FIRST COMPACT**
- **LEGISTATION APPROVED FUNDING FOR SA**
- **SYSTEM AUTOMATION UPDATES**
- **ENTERING STUDENT EDUCATIONAL HOURS DAILY**

VII. **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
- **DISCUSSION AS NEEDED**

VIII. **OLD BUSINESS**
- **NONE**

IX. **NEW BUSINESS**
- **NONE**
- **CLOSED SESSION - KRS 61.810(1)(c)(j) – IF NEEDED**

1049 HWY 127 SOUTH, ANNEX #2 • FRANKFORT, KY 40601 • (502) 564-4262 • KBC.KY.GOV

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

X.    **APPLICATIONS, RECONSIDERATIONS, COMPLAINTS AND INVESTIATIONS COMMITTEE REPORT FOR APRIL 2023**

Bridget Teall made the motion to accept the committee's recommendation, Tracy McDanel seconded the motion. Motion carried unanimously.

<u>**APPLICATIONS (3):**</u>

1. **A-10002313-0423** – OOS TN & GA. **Approved to attend 450 hours in KY license school – eligible for exams 3 years** from the date of last examination.

2. **A-10008727-0423** – Felony – First time license – **Approve, 1 year probation**

3. **A-** Eyelash Course – **Approve**

<u>**RECONSIDERATIONS (3):**</u>

1. **R-10012878-0423**, owner: **8478507**, and manager: **10001981** Rescind **all three (3) AOs**

2. **R-8487552-0423** – Waive 6 months - **Deny**

3. **R-8486102 -0423** – Corrective Action – **Rescind AO**

<u>**APRIL 2023 INVESTIGATIONS AND COMPLAINTS: CASE LIST – CASES (22)**</u>

1. **C-820616-0423 –** Infection control, health and safety, Failure to post license/pic (5 counts), Failure to post inspection sheet, denied access to locked room at facility, Unknown powder in open containers, PI (Rasp/credo blades) Prohibited services (cool body sculpting and NT waxing face) Failure to comply with inspector from visit 11/15/2021 and 2/17/2023. Emergency closure took place on 2/27/2023, passing inspection took place on 3/2/2023. **Owner/Manager 35441 2nd offense (FTP) 1st offense on other violations – $5000**

2. **C-10014999-0423** - Unlicensed facility, Expired Cos license 2021. **Owner/Manager 59714 - 1st offense - County Attorney - as of 3/28/2023 still PENDING CITY LICENSE/SALON/PERSONAL RESTORATION – SEND A CND**

3. **C-10004796-0423** - Unlicensed Salon, A&A (4 people), Infection control, health, and safety, PI (MMA 4 gallons, Unknown chemical 2 gallons, Rasp), Prohibited services (wax room), Posted closure twice. **Owner/Manager 10001877 - 2nd offenses (A&A) $8,000**

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

4. **C-901466-0423** - Infection control, health, and safety, Failure to post license/pic (1 count 505257), PI (Rasp). **Owner/Manager 60654 – 1st offense $1000**

5. **C-8477929-0423** - Infection control, health, and safety, prohibited services (Eyelashes, waxing & permanent makeup), A&A (1 male subject – Name provided later from the salon owner) **Owner/Manager 8459331 - 1st offense $2500**

6. **I-8487450-0423 -** Infection control, health, and safety 2nd offense, Failure to post license/pic, Failure to post inspection sheet, Failure to comply with inspector, Unprofessional Conduct Actions A&A (3 people). **Owner/Manager $5250 - CH**

7. **C-901556-0423** - Infection control, health, and safety, Failure to post inspection sheet in conspicuous location, PI (Rasp), Prohibited services (Waxing 2nd offense). **Owner/Manager 70805 – 1st offense $3000**

8. **I-10005593-0423** - Infection control, health, and safety, Failure to post license/pic, Failure to post inspection sheet, Unprofessional Conduct Actions – use of another's license (2 counts) PI (Rasp, UV sterilizer 4 counts), Prohibited services (Wax room), A&A (2 people). **10005593 – 10 Days to change manager – Unlicensed Owner 10007446– $10,000 — Manager 75254 REVOKE - Individual 10002460 – ineligible to exam for one year and unprofessional conduct action- $3000**

9. **I-8474157-0423** - Infection control, health, and safety, PI (Rasp replacement (1 count) UV sterilizer). **Owner/Manager 8456892 1st offense $750**

10. **C-8484360-0423 -** Infection control, health, and safety 3rd offense, Failure to post license/pic, Unprofessional Conduct Actions, PI (MMA, Unknown chemical 2nd offense) (Rasp 3rd offense), A&A (3 people) 2nd offense. **Owner/Manager 8466388 – REVOKE SALON AND OWNER/MANAGER-Individual 10011755 – $1500**

11. **I-8453022-0423 -** Infection control, health, and safety, Failure to post license/pic properly, **Unlicensed owner - 1st offense $400, Manager 71926 1st offense $400**

12. **I-10015172-0423 -** Unlicensed salon, immediate corrective action taken. **Owner/Manager 8470704 – 1st offense $500**

13. **I-8465360-0423 -** Infection control, health, and safety, PI (2 UV sterilizer/packets,) Prohibited services (Eyelash artistry and hair removal device located at 10010501 station), A&A (3 people present and 2 runners – 5 counts), Eyelash artist failed to post photo, City license posted was issued October 4th, 2007, 8474880 – provided inspectors with state government photo ID using the salon address. Upon updating his mailing address that record pulls 11 individuals. **Owner/Manager 8465076 - 2nd offense for A&A and 3rd offense on sanitation violations – REVOKE SALON AND OWNER/MANAGER**

 

**KY BOARD of COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

14. **I-10006548-0423 -** Owner/Manager 8454049 - Mr. Heng sent a response to KBC admitting he allowed another unlicensed person to use his personal license located at another salon. Individual was also in possession of owner/managers operator's license **REVOKE SALON & PERSONAL LICENSE – CLOSURE NOTICE REQUIRED TO BE POSTED**

15. **I-10007386-0423 -** Infection control, health, and safety, Failure to post license/current pic (2 count), Failure to post most recent inspection sheet, PI (improper disposal of unknown chemical, Rasp, UV sterilizer). **Owner/manager 8430007 -1st offense - $1750**

16. **I-8484808-0423 -** Infection control, health, and safety, Failure to post license/pic, Failure to post current inspection sheet properly, Unprofessional conduct actions, Failure to comply with inspectors, PI (Rasp, sterilization pouches), Prohibited services, A&A (2 people) **Owner/Manager 8465840 – $4500 and 30-day suspension - Individual 75254 REVOKE - Individual 8470939 LOCKED INTO LEGAL ISSUES – REQUIRED BOARD APPROVAL ON FUTURE ACTION**

17. **I-10015232-0423 -** Unlicensed Salon since 2020, **Unlicensed Owner – 1st offense $3,000**

18. **C-10006585-0423 -** Infection control, health, and safety, Failure to post license/pic (4 counts), PI (Rasp), A&A (1 person). **Owner/Manager 8479939 – 1st offense - $3000**

19. **PS-816667-0423 –** Failure to comply with 12:060 Section 2. Inspections. **Owner/Manager 8307237 – 1st offense - $250**

20. **PS-8453953-0423 –** Failure to comply with 12:060 Section 2. Inspections. **Owner/Manager – 54596 - 1st offense - $250**

21. **PS-8458064-0423 -** Failure to comply with 12:060 Section 2. Inspections. **Owner/Manager – 58884 - 1st offense - $250**

22. **I-10006028-0423 -** Failure to post license/pic (10 counts FTP), Failure to post inspection sheet, A&A (4 of people), **Owner Unlicensed: 1st offense - $10,000, Manager 8484692: 1st offense - $10,000, - Individual 8473770 – LOCKED INTO LEGAL ISSUE– REQUIED BOARD APPROVAL ON FUTURE ACTION**

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

<u>**School Complaints**</u>

1. **SC-8480091-0423 – AUDIT Completed on 3/30/2023 – INV INCLUDED ON MAY AGENDA**

2. **SC-8483252-0423 – AUDIT Completed 3/28/2023 – INV INCLUDED ON MAY AGENDA**

3. **SC-10012990-0423 – Civil matter**


**XI.**   **ADJOURNMENT** - Bridget Teall made a motion to adjourn the April 2023 Board meeting at 9:20AM, Mickey Hobbs seconded by Motion carried unanimously.

 

**KY BOARD** of **COSMETOLOGY**

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

# BOARD MEETING AGENDA

**May 2, 2023**
**9:02 a.m.**

I. **CALL TO ORDER 9:02 AM**

II. **ROLL CALL** Present on zoom- Margaret Meredith, Tracy McDanel, Mickey Hobbs, Zachary Casa, Julie Campbell - Executive Director, and Christopher Hunt – General Counsel.

III. **APPROVAL OF APRIL MEETING MINUTES** Tracy McDanel made a motion to approve, seconded by Mickey Hobbs carried unanimously.

IV. **APPROVAL OF APRIL APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Margaret Meredith made a motion to approve, Mickey Hobbs seconded by Motion carried unanimously.

V. **APPROVAL OF MARCH 2023 FINANCIAL AND RECAP STATEMENTS** Tracy McDanel made a motion to approve, seconded by Zachary Casa Motion carried unanimously

VI. **DIRECTOR UPDATES – JULIE CAMPBELL**
   - **SYSTEM AUTOMATION UPDATES**
   - **COMPACT LEGISTATION**

VII. **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
   - **DISCUSSION AS NEEDED**

VIII. **OLD BUSINESS**
   - **NONE**

IX. **NEW BUSINESS**
   - **SPEAKER – MS. TANDY**
   - **SPEAKER – MR. WILLIAMS**
   - **CLOSED SESSION - KRS 61.810(1)(c)(j) – IF NEEDED**
     1. Margaret Meredith made a motion to enter closed session, second by Mickey Hobbs. Motion carried unanimously.
     2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Zachary Case. Motion carried unanimously.

1049 HWY 127 SOUTH, ANNEX #2 • FRANKFORT, KY 40601 • (502) 564-4262 • KBC.KY.GOV





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

3. Margaret Meredith made the motion for Julie Campbell to fill non- merit position, Mickey Hobbs seconded the motion. Motion carried unanimously.

3. Zachary Casa made the motion to accept settlement offer from Oak Grove Nails, Mickey Hobbs seconded the motion. Motion carried unanimously.

4. Margaret Meredith made the motion to rejecting settlement offer from Hi Tek Nails, Tracy McDanel seconded the motion. Motion carried unanimously.

5. Margaret Meredith made the motion to issue a formal complaint against the former manager Mickey Hobbs seconded the motion.

- **CLOSED SESSION - KRS 61.810(1)(c)(j) – IF NEEDED**

   1. Margaret Meredith made a motion to enter closed session, second by Zachary Case Motion carried unanimously.

   2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Zachary Case. Motion carried unanimously.

**X.   APPLICATIONS, RECONSIDERATIONS, COMPLAINTS AND INVESTIATIONS COMMITTEE REPORT FOR APRIL 2023**

Zachary Casa made the motion to accept the committee's recommendation, Mickey Hobbs seconded the motion. Motion carried unanimously.

**APPLICATIONS (2):**

1.   **A—8475683-0523 - Felony —— Restore 5 years - Recommendation: Approve 1 year probation**

2.   **A- 10015661-0523 - New Salon – Recommendation: Approve with discussion**

**RECONSIDERATIONS (1):**

1.      **R – 816667-0523 – Rescind AO – Recommendation: Approve**





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

### APRIL 2023 INVESTIGATIONS AND COMPLAINTS: CASE LIST – CASES (16)

1. **I-10014376-0523 -** Infection control, health, and safety - **Owner: 8475328 – 1st offense $1500- Manager: 8476580 – 1st offense $1500**

2. **I-814015-0523 -** Infection control, health, and safety, Failure to post business sign outside, Failure to post license/pic (2 counts), Failure to post inspection sheet, Failure to comply with inspector – prior inspection by JKB 10/17/2019 - **Owner/Manager 32211 - $750**

3. **I-10001781-0523 -** 3/14/2023 A&A (1 count), 4/3/2023 Re-use single use items - **REVOKE SALON – REVOKE Owner 76484, Manager 10008354 – 1st offense of A&A - $1500, Unlicensed individual 10000752 – failed theory 5 times, licensed individual 10005719 – REVOKE, KBC has received a transfer of ownership 4/18/2023 PENDING**

4. **I- 8460041-0523 -** A&A (1 person) - **Owner 74439 - $500, Manager 73489 - $500, Unlicensed Individual 10015611 - $500**

5. **I – 8470590-0523 –** Infection control, health, and safety, Failure to comply with inspector – previous inspection 5/24/2022 – TB, PI (Unknown chemical – disposed into a hard plastic container, UV sterilizer (4 counts)) - **Owner/Manager 8451575 - $1000 – Follow up inspection by JKB required 30 days after AO is sent.**

6. **I – 8485496-0523 –** Infection control, health, and safety, PI (Rasp, UV sterilizer/sterilization pouches), Prohibited services (Hot wax pot) - **Owner/Manager 68128 - $2500**

7. **I – 8486482-0523 –** Infection control, health, and safety, Unprofessional conduct/attempt to withhold information, PI (UV sterilizer/sterilization pouches), A&A (1 person) - **Owner/Manager - 8481802 - $5750, Unlicensed individual – 10008027 - $500 and not eligible for exams until 3/24/2024**

8. **I – 10015449-0523-** Infection control, health, and safety, Failure to post salon sign at entrance, Unlicensed Salon, Unlicensed - NT Permit withdrawn 9/4/2021 - 29.95/450 hours - **Unlicensed Individual 10008633 - $2000 and not eligible for exams until 3/29/2024**

9. **I – 10002495-0523 -** Infection control, health, and safety, Failure to post license/pic, Failure to post inspection sheet, PI (Rasp, sterilization pouches) - **Owner/Manager 8457147 - $1000**

10. **C – 10015499-0523 -** Unprofessional Conduct Actions – Lied to inspectors in attempt to get an earlier inspection. **Owner/Manager 30569 - $1500**

11. **C – 10009732-0523 -** Infection control, health, and safety - **Owner/Manager 8483733 – 5th offense – REVOKE salon license - REVOKE owner/manager 8483733**





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

12. **C – 10012717-0523 -** Infection control, health, and safety, Failure to post license/pic (2 counts), PI (Neck brush) **- Owner/Manager 50080 - $1500, Individual Lash Artist 10012532 - $500 – follow up 30 days after AO is sent, email sent 4/28/2023**

13. **C – 10014716-0523 –** PI (Unknown chemical) **- Owner 8454174 $500 - Manager 70254**

14. **C – 8484588-0523 -** Infection control, health, and safety, Failure to post valid pics on license, PI (MMA, 3 counts) (Unknown chemical) Inspector observed powder poured into liquids, **- Owner/Manager 55398 - $2500**

15. **C – 10012000-0523 -** Infection control, health, and safety, PI (MMA 1 count), A&A (3 person) **- Owner 10001667 - $4750 – 2nd offense, Manager 10007110 - $2000 1st offense – 30-day closure – Follow up inspection required, email sent 4/28/2023**

16. **SC – 6581-0523 –** Late file 2nd offense **– Owner: $500**

**XI.**    **ADJOURNMENT -** Margaret Meredith made a motion to adjourn the May 2023 Board meeting at 10:24AM, Mickey Hobbs seconded by Motion carried unanimously.




**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

# BOARD MEETING MINUTES

**June 6, 2023**
**9:04 a.m.**

I. **CALL TO ORDER 9:04 AM**

II. **ROLL CALL** Present on zoom- Margaret Meredith, Tracy McDanel, Mickey Hobbs, Bridget Teal Julie Campbell - Executive Director, and Christopher Hunt – General Counsel.

III. **APPROVAL OF MAY MEETING MINUTES** Tracy McDanel made a motion to approve, seconded by Mickey Hobbs carried unanimously.

IV. **APPROVAL OF MAY APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Margaret Meredith made a motion to approve, Mickey Hobbs seconded by Motion carried unanimously.

V. **APPROVAL OF APRIL 2023 FINANCIAL AND RECAP STATEMENTS** Tracy McDanel made a motion to approve, seconded by Mickey Hobbs Motion carried unanimously

VI. **DIRECTOR UPDATES – JULIE CAMPBELL**
   - **SYSTEM AUTOMATION UPDATES**
   - **COMPACT LEGISTATION**
   - **LICENSE RENEWAL FOR MEMBERS OF KBC**
      - Margaret Meredith made a motion to approve waiving the fee, seconded by Tracy McDanel Motion carried unanimously.
   - **DO NOT WAIVE LICENSE RENEWAL FEE FOR SCHOOLS.  IMPLIMENTED STARTING JULY 1ST 2023**
      - Tracy McDanel recused from topic. Margaret Meredith made a motion to approve waiving school fees, second by Tracy McDanel Motion carried unanimously.

VII. **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
   - **DISCUSSION AS NEEDED**

VIII. **OLD BUSINESS**
   - **NONE**

1049 HWY 127 SOUTH, ANNEX #2 • FRANKFORT, KY 40601 • (502) 564-4262 • KBC.KY.GOV





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

IX.   **NEW BUSINESS**

- **SPEAKER – MS. PAULA LANDS**
- **CLOSED SESSION - KRS 61.810(1)(c)(i) – IF NEEDED**

  1. Margaret Meredith made a motion to enter closed session, second by Bridget Teall; Motion carried unanimously.

  2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Bridget Teall. Motion carried unanimously.

  3. Margaret Meredith made the motion to accept settlement offer from Shelby Nails, Mickey Hobbs seconded the motion. Motion carried unanimously.

  4. Margaret Meredith made the motion to accept settlement offer from VIP Nails, Tracy McDanel seconded the motion. Motion carried unanimously.

  5. Margaret Meredith made the motion to accept settlement offer from Hi Tek Nails, Mickey Hobbs seconded the motion. Motion carried unanimously.

- **CLOSED SESSION - KRS 61.810(1)(c)(i) – IF NEEDED**

  1. Margaret Meredith made a motion to enter closed session, second by Bridget Teall Motion carried unanimously.

  2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Micky Hobbs. Motion carried unanimously.

X.   **APPLICATIONS, RECONSIDERATIONS, COMPLAINTS AND INVESTIATIONS COMMITTEE REPORT FOR JUNE 2023**

- Bridget Teall made the motion to accept the committee's recommendation, Mickey Hobbs seconded the motion. Motion carried unanimously.

**APPLICATIONS (3):**

1. **A-8465119 – 0623** - OOS Felony - **Approve 1 year probation**
2. **A-10015253 -0623** - Felony - Lash App - **Approve 1 year probation**
3. **A-10004087-0623** – Eyelash program – **Deny**





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

## RECONSIDERATIONS (4):

1. **R-10014716 -0623** – Appeal review – **Corrective Action on AO – 12:100 Section 4 (1, 2, 3, 4, and 5) Penalty of $500 changed to $250.**
2. **R-10015609 – 0623** – OOS Transfer – **Pending response from MS**
3. **R-10006548 - 0623** – Review – **Uphold revocation on personal license – May remain the owner but cannot manager – Manager change required within 10 days**
4. **R-67139 –0623** – Review of personal license – **Revocation of personal license**

## JUNE 2023 INVESTIGATIONS AND COMPLAINTS: CASE LIST – CASES (28)

1. **I-901430-0623 -** A&A (1 count) 2nd offense - **Owner/Manger 68928 - $1500**

2. **I-901491-0623 - EMERGENCY CLOSURE ISSUED -** Infection control, health, and safety, Unprofessional Conduct Actions, PI (MMA & IBMA), Expired individual – 503991 – registered as a sex offender since 2018, Active individual – 504094 does not match VA State OL, A&A (3 people) **Recommendation: Owner/Manager 60713 – Total violations between two businesses from 2018 to present 2023 – 5th offense REVOKE SALON & PERSONAL LICENSE,  Individual 62593 CND letter, expired license MM - Individual 62798 – REVOKE – License has not been renewed by self since 2015**

3. **I-822300-0623 -** Infection control, health, and safety, Failure to post license/pic properly – missing passport photos (4 counts), Failure to post inspection sheet from 3/29/2023, Failure to comply with inspector - **Recommendation: Owner/Manager 61545 – 1st offense $500**

4. **I-10003300-0623-** Infection control, health, and safety, PI (MMA – 1 count), **Recommendation: Owner/Manager 78285 - 1st offense - $1000**

5. **I-10005592-0623-** PI (MMA 4 counts/Unknown chemical), A&A (1 male subject) – 2nd offense, **Recommendation: Owner/Manager 8477861 - $5000 Unlicensed individual 10015747 - $500**

6. **I-823806-0623-** Failure to post pic (1count), PI (MMA, Unknown chemical, - destroyed on site with powder) (Rasp/Credo blades) **Recommendation: Owner/Manager 8423503 1st offense $2000**

7. ~~**C-10010913 -0623-**~~ Failure to provide documents electronically, Failure to provide accurate information on lash rosters - **Recommendation:  Request Heather Drake to verify she was at the class on the date and time include proof of purchase - upon verification approve certificate** *Table LBA lash course program to September 2023*

8. **C-10009720-0623-** Infection control, health, and safety, Failure to post license/pic (2 counts) 56423 & 8480764, PI (Rasp), A&A (1 person) **Recommendation:  Owner/Manager 10001329 – 1st Offense $2000, Unlicensed Male 10005089 – ineligible for exam for one year from violation**





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

9. **C-8486990-10005092-0623-**Infection control, health, and safety, Failure to post license/pic – (2 counts), PI (Rasp), A&A (1 Person) – Owner's 2nd offense, **Recommendation: Owner/Manager 57132 - $2000, Cosm Manager 8483464 – 1st offense – WARN for ftp lic/pic, Unlicensed Individual 10005089 – Unlicensed individual 10011431 – $500 AO upon issuance of license**

10. **I-10008784-0623 -** Infection control, health, and safety, A&A (1 person), Unprofessional conduct **Recommendation: Owner/Manager 8485950 1st offense - $750 – $2500**

11. **C-10015721-10015686- 0623 -** Corrective action was taken immediately to license two locations, Discussion on licensed Esthetician advertisement – **Manager 8465136 – $500 operating in unlicensed location admonishment for advertising Medical Esthetician nonexistent.**

12. **C-10006324-0623** Expired salon - **Owner/Manager 77172 – Surrendered salon license - Unlicensed Individual CND issued on 5/4/2023 – Complaint closed**

13. **I-10001644-0623 –** Infection control, health, and safety – **Owner 10005352 $250 – 8318860 Manager $250**

14. **I-1002119-0623 EMERGENCY CLOSURE –** Unsafe environment – aggressive dogs Infection control, health, and safety, Failure to post license/pic (2 counts), Prohibited services (Waxing & Lashes), A&A (1 person) - **Owner/Manager 8432271 – Owner/Manager -** *Required to submit proof of vaccinations and professional training on both dogs – Probation for 1 year. No dogs permitted in the salon in the future. 30 days suspension from the date that they sign the order and $12,750 fine.*

15. **I-8484158-0623** Inspection/Investigation on 5.18.2023 at 702576 found: Infection control, health, and safety, Prohibited services (Wax Pot), A&A (2 unlicensed females), **Recommendation: Owner/Manager 8432182 - 1st offense $4500**

16. **I-10007652-0623** Infection control, health, and safety – 2nd offense, PI (Rasp), Prohibited services (Waxing), **Recommendation: Owner/Manager 62213 - $2500**

17. **I-10006713-0623** Infection control, health, and safety, PI (UV sterilizer/UV sterilizer pouches), Prohibited services (Waxing), A&A (2 count), **Recommendation: Owner/Manager $5000- Unlicensed individual 8485820 - $500 - Unlicensed individual 10009272 - $500**

18. **I-8471884-0623** Failure to post pic (2 counts), A&A (1 count), **Recommendation: Unlicensed Owner - $1500, Manager 8485712 - $1500**





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

19. **C-74231-0623** Unlicensed Mobile Salon, Unlicensed individual, **Recommendation: $1500 - six-month suspension from the board ruling June 6th, 2024**

20. ~~C-10015639-0623 Unlicensed Salon, Unlicensed person, Recommendation: Unlicensed individual – CND sent – Dismiss complaint~~

21. **C-8474541-0623** Infection control, health, and safety, PI (Rasp), A&A (1 count), **Recommendation: Owner/Manager 58601 - $1750, Unlicensed Individual 10015887 – $500**

22. **C-10015499-0623** Unprofessional conduct, **Recommendation: Letter of admonishment**

23. **C-PS-824102-0623** Failure to comply with salon inspection **Recommendation: Owner/Manager 8306527– Required to schedule and pass inspection prior to July 6th, 2023**

24. **C-10011119-0623 EMERGENGCY CLOSURE POSTED 5/18/2023,** Infection control, health, and safety, Failure to post license/pic (1 count), Unprofessional Conduct – Lying to an inspector/withholding information, prohibited services (Waxing services), A&A (2 counts) – 2nd offense, **Recommendation:** ~~Owner 10015911 – $4000, Manager 8432061 – $4000~~ – REVOKE Salon/owner/manager

25. **C-10015538-0623** Unprofessional conduct/withholding information, Unlicensed Salon **Recommendation: CND letter and $750**

26. *I-8483252-0623* - Inspection/Investigation on 3/28/2023 at 110700047 found: Infection control, health, and safety, Failure to post license/pic, Failure to post inspection sheet in a conspicuous location, Failure to meet the requirements of 1 instructor for every 20 students (Chrystal Beeler present), Student "signed in" not clocked in, Failure to provide instructor/apprentice instructor/student hours, Failure to use biometric time keeping for instructors/apprentice instructors and students, Failure to provide implements/proper equipment to students for classes being taught, **Recommendation: Request JKB to complete an updated salon inspection** – *Tabled to September 2023*

27. **C -8487552-0623 – Unapproved Eyelash Certificate – Recommendation: CND training courses – Agency issued complaint**

28. **SC-8480091-0623 -** Infection control, health, and safety, Failure to provide audit documents, Failure to post inspection sheet, PI (UV sterilizer), Unprofessional conduct - **Recommendation: Request JKB to complete an updated salon inspection -** *Tabled to September 2023*

XI. **ADJOURNMENT -** Margaret Meredith made a motion to adjourn the June 2023 Board meeting at 10:24AM, Mickey Hobbs seconded by Motion carried unanimously.

 

**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

## BOARD MEETING MINUTES

**October 3, 2023**
**9:00 a.m.**

**I.** **CALL TO ORDER 9:02 AM**

**II.** **ROLL CALL** Present on zoom- Margaret Meredith, Tracy McDanel, Mickey Hobbs, Bridget Teal, Zachary Casa, Julie Campbell - Executive Director, and Christopher Hunt – General Counsel.

**III.** **APPROVAL OF JUNE MEETING MINUTES** Bridget Teal made a motion to approve, seconded by Tracy McDanel carried unanimously.

**IV.** **APPROVAL OF JUNE APPLICATIONS AND COMPLAINTS COMMITTEE MEETING MINUTES** Margaret Meredith made a motion to approve, Bridget Teal seconded by Motion carried unanimously.

**V.** **APPROVAL OF JUNE & JULY 2023 FINANCIALS AND RECAP STATEMENTS**
- **WILL BE SUBMITTED IN AUGUST**

**VI.** **DIRECTOR UPDATES – JULIE CAMPBELL**
- **SYSTEM AUTOMATION UPDATES**
- **LICENSE RENEWALS**
- **KBC STAFF POSITIONS**

**VII.** **LEGAL UPDATES – KBC ATTORNEY CHRIS HUNT**
- **DISCUSSION AS NEEDED**

**VIII.** **OLD BUSINESS**
- **NONE**

**IX.** **NEW BUSINESS**
- **SPEAKER(S)**
  - **MS. BAILEY CAMBRON- IN**
  - **MS. ROBIN HALTER – IN – Victoria Ross represented for Robin Halter**

1049 HWY 127 SOUTH, ANNEX #2 • FRANKFORT, KY 40601 • (502) 564-4262 • KBC.KY.GOV





**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

- **CLOSED SESSION - KRS 61.810(1)(c)(i) – IF NEEDED**

  1. Margaret Meredith made a motion to enter closed session, second by Zachary Casa; Motion carried unanimously.

  2. Exit Closed Session: No actions or votes taken in closed session – Motion by Margaret Meredith to exit closed session, second by Bridget Teall. Motion carried unanimously.

  3. Margaret Meredith made the motion to approve the five (5) Settlement Agreements Tracy McDanel seconded the motion. Motion carried unanimously.

  4. Margaret Meredith made for motion for Christopher Hunt, General Counsel to take legal action to collect KBCs refund from Thentia, Micky Hobbs seconded the motion. Motion carried unanimously.

X. **APPLICATIONS, RECONSIDERATIONS, COMPLAINTS AND INVESTIATIONS COMMITTEE REPORT FOR SEPTEMBER 2023**

Margaret Meredith made the motion to accept the committee's recommendation, Mickey Hobbs seconded the motion. Motion carried unanimously.

**APPLICATIONS (8):**

1.A – 1056889.0923– Felony – **Approve 1 Year Probation**
2.A – 1208070.0923– Felony – **Approve 1 Year Probation**
3.A – 1069423.0923– Felony – **Approve 1 Year Probation**
4.A – 1061607.0923– Felony – **Approve 1 Year Probation**
5.A – 1000660.0923– Felony – **Approve 1 Year Probation**
6.A – 1058148.0923– Felony – **Approve 1 Year Probation**
7.A – 1063214.0923– Felony – **Approve 1 Year Probation**
8.A – 1081537.0923– Restoration license over 5 years –**Eligible for exams to restore licensure.**




**Andy Beshear**
Governor

**Julie M. Campbell**
Executive Director

**RECONSIDERATIONS (2):**

**1.** R – 1156793.800002917.0923 – AO Extension –**Approved by submission of supportive documents. $2,000 payment due upon agreement with remaining balance paid within 6 months.**

**2.** R – 1028396.206767-0923 – Extension AO – **Denied**

**SEPTEMBER 2023 INVESTIGATIONS AND COMPLAINTS: CASE LIST – CASES (4)**

**1.** C – 1169217.800000516.0923 – Infection control, health and safety, A&A (1 person) - O/M 510232 - **$2000**

**2.** C – 1156595.702144.0923 – PI (Wax), reuse single items, updated plumbing required – O/M 504768 - **$1000**

**3.** I – 1200002.110700047.0923 – Infection control, health and safety, PI (UV Sterilizer)- **Owner 700015378 $1700 - Manager 700016308 - $1700**

**4.** C – 1200125.900000021.0923 – Approved Board Program – **On Notice Warning**

**ADDITIONAL ITEMS (1)**

**1.** C – 1160319.800000399.0923 - $1500 Noncompliance

**XI.   ADJOURNMENT** – Bridget Teall made a motion to adjourn the September 2023 Board meeting at 11:28AM, Mickey Hobbs seconded by Motion carried unanimously.