# EXHIBIT K

Case 3:24-cv-00296-DJH   Document 1-11   Filed 05/17/24   Page 2 of 37 PageID #: 107

https://mail.yahoo.com/d/folders/2/messages/55081

## Tippi Nail Lounge

From:  quoc dinh (louquoc@yahoo.com)

To:  tanyam.shrout@ky.gov

Date:  Friday, May 26, 2023 at 07:39 AM EDT

 report 1.png
430.2kB

 report 2.png
383.7kB

report 3.png
546kB

5/11/24, 1:54 PM



**Kentucky Board of Cosmetology**

Clear Form

1049 US HWY 127 Annex #2 • Frankfort, KY 40601 • (502)-564-4262 • www.KBC.ky.gov

## SALON INSPECTION FORM

Salon Name: **Tippi Nail Lounge**   License Number: **800000399**   License Posted?: ○Yes ○No

Salon Address: **3938 Shelbyville Road, Louisville Ky 40207**

Inspection Date: **05/18/2023**   Inspection Time In: **1130**   Time Out: **1300**

Signage Visible? ⦿ Yes ○ No   Last Inspection posted? ○ Yes ⦿ No   Date Last Inspected: **02/12/2019**

Salon Type:   ☐ Beauty Salon   ☑ Nail Salon   ☐ Esthetic Salon   ☐ Limited Facility

Inspection Type:   ☐ Board Requested   ☐ New Salon   ☑ Regular

| EMPLOYEE NAME | LICENSE TYPE | LICENSE # | PRESENT | POSTED | POSTED |
|---|---|---|---|---|---|
| Owner: Quoc Dinh | Nail Tech | 505337 | ⦿Y ○N | License ⦿Y ○N | Picture ⦿Y ○N |
| Manager: Quoc Dinh | Nail Tech | 505337 | ⦿Y ○N | License ⦿Y ○N | Picture ⦿Y ○N |
| Juliane Vo | Nail Tech | 508852 | ○Y ⦿N | License ○Y ⦿N | Picture ○Y ⦿N |
| | | | ⦿Y ○N | License ○Y ⦿N | Picture ⦿Y ○N |
| | | | ⦿Y ○N | License ○Y ⦿N | Picture ⦿Y ○N |
| | | | ⦿Y ○N | License ○Y ⦿N | Picture ⦿Y ○N |
| | | | ⦿Y ○N | License ○Y ⦿N | Picture ⦿Y ○N |
| | | | ⦿Y ○N | License ○Y ⦿N | Picture ⦿Y ○N |

Plumbing:   # of Shampoo Bowls: **0**   # of Separate Basins: **2**   # of Pedicure Stations: **4**

### 201 KAR 12:100. Sanitation Standards

☐ Y ☑ N   Wet Disinfectant: Registered hospital grade bactericidal, virucidal and fungicidal disinfectant
   **Comment:**

☐ Y ☑ N   Disinfected Implement Storage Clean, Free of Debris, and Properly Labeled
☐ Y ☑ N   Implement Cleanliness **Comment:**

☐ Y ☑ N ☐ N/A   Hand Sanitizer Available at Each Nail Station
☐ Y ☑ N   Chemical Safety **Comment:**
☑ Y ☐ N   Covered Waste Containers with liner
☐ Y ☐ N ☑ N/A   Sharps Disposal Container for Hazardous Material (Required for **all esthetic facilities**)
☐ Y ☑ N   Closed, dustproof cabinet for clean towels and linens
☐ Y ☑ N   Closed, side-vented hamper or receptacle provided for all soiled towels and linens
☑ Y ☐ N   Walls/ Fixtures Clean
☐ Y ☑ N   Floors Clean and Free of Debris
☑ Y ☐ N ☐ N/A   Restroom(s) Clean
☐ Y ☑ N   Salon Equipment Clean and in Proper Repair **Comment:**

*Most of the claims are inaccurate.*

**Additional Comments:** FAILED DUE TO UNLICENSED WORKERS/SANITATION VIOLATIONS
Advised them to print, sign and post inspection form.

*Quoc Dinh*                                    *Jason Back*

Print Name of Salon Owner/Manager/Employee          Signature of Salon Inspector

Signature of Salon Owner/Manager/Employee

**POST
CONSPICUOUSLY**

## TIPPI NAIL

From: quoc dinh (louquoc@yahoo.com)

To: tanyam.shrout@ky.gov

Date: Tuesday, May 30, 2023 at 08:03 AM EDT

KY Comeotology response final.pages
389.4kB

1. There was barbicide disinfectant and brush present to clean metal tools, which are set aside designated area near the sink to air dry
2. The tools are sanitized and packaged in pouch stored in cabinets of each pedicure station along with other materials.
3. Some bottles are not labeled like oil, lotion and soap. Acetone and monomer are stored in factory bottles labeled
4. All chemicals and products are store in a separate room with a door and lock by itself
5. There's only 2 garbage cans in the salon. One in the bathroom and one large one near the sink. Both have liner and cover.
6. Esthetic room is incomplete and not ready in any way to provide service to public, it is under construction and will be operate by my mother who is a license esthetic. My wife and I sometime use it to wax ourself that why the wax was plugged, but no service to the public. I will call the KY board once esthetic room is complete to register for business. Again, the room is still under construction, and is nearly finish.
7. There is a vented hamper to place soiled towels in the back "break room"
8. My salon is rated top 3 in Louisville on google search engine with the highest sanitation standard. We clean the floor daily, and wipe down chairs and stations after each clients. The clients would not support us in the last 5 years, being the smallest salon, if it was not for our dedication to sanitation.
9. There are 6 pedicure chairs, one double sink, one sink in bathroom, and one utility sink in break room, nothing change since salon open in 2019

I fail to post my licenses because we recently repainted the wall and in the process of finishing up the construction of the esthetic room for my mother. I am truly sorry for this. Currently, there is only my wife and I who work and operate this salon. The girls that left the salon mention by the inspector assist us clean floor, wipe down furnitures, wash and fold towels, and prepare pedicure bath water for clients as she shadow us on her free time. She did not perform service to the client that was soaking her feet. She hold an Indiana licenses and in the process of transferring to KY. She left the salon maybe out of fear that the inspector will do something to causes interference with the transfer. She Door Dash food delivery to sustain herself while she not shadowing and helping us clean the salon.

I am truly sorry about the accident with my dog Kolby to the lady inspector. That was not something I wish had happen. My two dogs are fully vaccinated and licensed. They have been professionally trained in Louisville by reputable company. They come to the salon with us in the last 5 years. The clients love our pet and never had a single issue. The lady inspector might have reach toward the dog to pet him, or in area where he was laying, in the corner behind the table next to his owner/dad, that may be the reason for his defense. Non-the-less it is a misfortune and I am truly sorry, and take full responsibility.

It has been since 2019, the opening of my salon that KY board came to inspect the place. I may not be up to date on a "T" on some salon sanitations, but I am sorry to say I respect, but don't agree with the two inspectors that visited us and their citations. The inspector fail to count the number of pedicure chairs just to say the very least. I find this absolutely concerning of their competent to properly perform their high duty as KY inspectors. Furthermore, their language and demeanor toward us and the clients present in the salon was terrifying and a disgrace to the KY board as public figure.

I am truly sorry for the incident with my pet and fail to have the license and picture hang on the wall. I take full responsibly. Esthetic room is not complete during the inspection and was not use to provide any service to the public. I have all the intention to call KY board to visit the salon once the room complete. My mother was working as an Esthetic in the salon I sold. Therefore, I know how important it is to have the credentials up to date. I would not dare to operate otherwise. This small salon is the only source of income to sustain my family. I had my license since 2005 and never have any issue with KY board. I comply to the KY board regulation and beyond because I love my job and my clients. I ask that the KY board please grant my wife and I to reopen the business.

Thank You

Yahoo Mail - Tippi nail lounge                                    https://mail.yahoo.com/d/folders/2/messages/55083

## Tippi nail lounge

From: quoc dinh (louquoc@yahoo.com)

To:    kbc@ky.gov

Date:  Friday, May 26, 2023 at 07:46 AM EDT

 report 1.png
430.2kB

 report 2.png
383.7kB

report 3.png
546kB



**Kentucky Board
of Cosmetology**

1049 US HWY 127 Annex #2 • Frankfort, KY 40601 • (502)-564-4262 • www.KBC.ky.gov

Clear Form

## SALON INSPECTION FORM

Salon Name: **Tippi Nail Lounge**   License Number: **800000399**   License Posted?: ○Yes ○No

Salon Address: **3938 Shelbyville Road, Louisville Ky 40207**

Inspection Date: **05/18/2023**   Inspection Time In: **1130**   Time Out: **1300**

Signage Visible? ● Yes ○ No   Last Inspection posted? ○ Yes ● No   Date Last Inspected: **02/12/2019**

Salon Type:  ☐ Beauty Salon  ☑ Nail Salon  ☐ Esthetic Salon  ☐ Limited Facility

Inspection Type:  ☐ Board Requested  ☐ New Salon  ☑ Regular

| EMPLOYEE NAME | LICENSE TYPE | LICENSE # | PRESENT | POSTED | POSTED |
|---|---|---|---|---|---|
| Owner: Quoc Dinh | Nail Tech | 505337 | ●Y ○N | License ○Y ●N | Picture ○Y ●N |
| Manager: Quoc Dinh | Nail Tech | 505337 | ●Y ○N | License ○Y ●N | Picture ○Y ●N |
| Juliane Vo | Nail Tech | 508852 | ○Y ●N | License ○Y ●N | Picture ○Y ●N |
|  |  |  | ○Y ●N | License ○Y ●N | Picture ○Y ●N |
|  |  |  | ○Y ●N | License ○Y ●N | Picture ○Y ●N |
|  |  |  | ○Y ●N | License ○Y ●N | Picture ○Y ●N |
|  |  |  | ●Y ○N | License ○Y ●N | Picture ○Y ●N |
|  |  |  | ○Y ●N | License ○Y ●N | Picture ○Y ●N |

Plumbing:   # of Shampoo Bowls: **0**   # of Separate Basins: **2**   # of Pedicure Stations: **4**

### 201 KAR 12:100. Sanitation Standards

☐ Y ☑ N   Wet Disinfectant: Registered hospital grade bactericidal, virucidal and fungicidal disinfectant
      **Comment:**
☐ Y ☑ N   Disinfected Implement Storage Clean, Free of Debris, and Properly Labeled
☐ Y ☑ N   Implement Cleanliness **Comment:**
☐ Y ☑ N ☐ N/A   Hand Sanitizer Available at Each Nail Station
☐ Y ☑ N   Chemical Safety **Comment:**
☐ Y ☑ N   Covered Waste Containers with liner
☐ Y ☐ N ☑ N/A   Sharps Disposal Container for Hazardous Material (Required for **all esthetic facilities**)
☐ Y ☑ N   Closed, dustproof cabinet for clean towels and linens
☐ Y ☑ N   Closed, side-vented hamper or receptacle provided for all soiled towels and linens
☑ Y ☐ N   Walls/ Fixtures Clean
☐ Y ☑ N   Floors Clean and Free of Debris
☑ Y ☐ N ☐ N/A   Restroom(s) Clean
☐ Y ☑ N   Salon Equipment Clean and in Proper Repair **Comment:**

*Most of the claims are inaccurate.*

**Additional Comments:** FAILED DUE TO UNLICENSED WORKERS/SANITATION VIOLATIONS
Advised them to print, sign and post inspection form.

*Quoc Dinh*
Print Name of Salon Owner/Manager/Employee

*Jason Back*
Signature of Salon Inspector

Signature of Salon Owner/Manager/Employee

**POST
CONSPICUOUSLY**

Yahoo Mail - RE: TIPPI NAIL

https://mail.yahoo.com/d/folders/1/messages/55328

## RE: TIPPI NAIL

From:  Shrout, Tanya M (KBC) (tanyam.shrout@ky.gov)

To:  louquoc@yahoo.com

Date:  Tuesday, May 30, 2023 at 08:32 AM EDT

Please see below;



*Tanya M. Shrout*

**Executive Staff Advisor**
Kentucky Board of Cosmetology
1049 US HWY 127
Annex #2
Frankfort, KY 40601
www.kbc.ky.gov

****This issue may constitute a violation of the Kentucky Board of Cosmetology statutes and regulations. If you have a response, you may submit in writing or email within 10 days.

Confidentiality Statement

This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please return it to the sender and then delete the communication and destroy any copies.

5/3/24, 9:36 AM

Yahoo Mail - RE: TIPPI NAIL

https://mail.yahoo.com/d/folders/1/messages/55328

**From:** quoc dinh <louquoc@yahoo.com>
**Sent:** Tuesday, May 30, 2023 8:03 AM
**To:** Shrout, Tanya M (KBC) <TanyaM.Shrout@ky.gov>
**Subject:** TIPPI NAIL

Yahoo Mail - tippi                                              https://mail.yahoo.com/d/search/keyword=kbc&folders=2/messages...

## tippi

From:  quoc dinh (louquoc@yahoo.com)

To:    tanyam.shrout@ky.gov; kbc@ky.gov

Date:  Thursday, June 1, 2023 at 09:53 AM EDT

 KY Comeotology response final (words format.docx
10.2kB

1. There was barbicide disinfectant and brush present to clean metal tools, which are set aside designated area near the sink to air dry
2. The tools are sanitized and packaged in pouch stored in cabinets of each pedicure station along with other materials.
3. Some bottles are not labeled like oil, lotion and soap. Acetone and monomer are stored in factory bottles labeled
4. All chemicals and products are store in a separate room with a door and lock by itself
5. There's only 2 garbage cans in the salon. One in the bathroom and one large one near the sink. Both have liner and cover.
6. Esthetic room is incomplete and not ready in any way to provide service to public, it is under construction and will be operate by my mother who is a license esthetic. My wife and I sometime use it to wax ourself that why the wax was plugged, but no service to the public. I will call the KY board once esthetic room is complete to register for business. Again, the room is still under construction, and is nearly finish.
7. There is a vented hamper to place soiled towels in the back "break room"
8. My salon is rated top 3 in Louisville on google search engine with the highest sanitation standard. We clean the floor daily, and wipe down chairs and stations after each clients. The clients would not support us in the last 5 years, being the smallest salon, if it was not for our dedication to sanitation.
9. There are 6 pedicure chairs, one double sink, one sink in bathroom, and one utility sink in break room, nothing change since salon open in 2019

I fail to post my licenses because we recently repainted the wall and in the process of finishing up the construction of the esthetic room for my mother. I am truly sorry for this. Currently, there is only my wife and I who work and operate this salon. The girls that left the salon mention by the inspector assist us clean floor, wipe down furnitures, wash and fold towels, and prepare pedicure bath water for clients as she shadow us on her free time. She did not perform service to the client that was soaking her feet. She hold an Indiana licenses and in the process of transferring to KY. She left the salon maybe out of fear that the inspector will do something to causes interference with the transfer. She Door Dash food delivery to sustain herself while she not shadowing and helping us clean the salon.

I am truly sorry about the accident with my dog Kolby to the lady inspector. That was not something I wish had happen. My two dogs are fully vaccinated and licensed. They have been professionally trained in Louisville by reputable company. They come to the salon with us in the last 5 years. The clients love our pet and never had a single issue. The lady inspector might have reach toward the dog to pet him, or in area where he was laying, in the corner behind the table next to his owner/dad, that may be the reason for his defense. Non-the-less it is a misfortune and I am truly sorry, and take full responsibility.

It has been since 2019, the opening of my salon that KY board came to inspect the place. I may not be up to date on a "T" on some salon sanitations, but I am sorry to say I respect, but don't agree with the two inspectors that visited us and their citations. The inspector fail to count the number of pedicure chairs just to say the very least. I find this absolutely concerning of their competent to properly perform their high duty as KY inspectors. Furthermore, their language and demeanor toward us and the clients present in the salon was terrifying and a disgrace to the KY board as public figure.

I am truly sorry for the incident with my pet and fail to have the license and picture hang on the wall. I take full responsibly. Esthetic room is not complete during the inspection and was not use to provide any service to the public. I have all the intention to call KY board to visit the salon once the room complete. My mother was working as an Esthetic in the salon I sold. Therefore, I know how important it is to have the credentials up to date. I would not dare to operate otherwise. This small salon is the only source of income to sustain my family. I had my license since 2005 and never have any issue with KY board. I comply to the KY board regulation and beyond because I love my job and my clients. I ask that the KY board please grant my wife and I to reopen the business.


Thank You

## Automatic reply: tippi

From:  Shrout, Tanya M (KBC) (tanyam.shrout@ky.gov)

To:    louquoc@yahoo.com

Date:  Thursday, June 1, 2023 at 09:58 AM EDT

Tuesday, May 30th 2023 - I will have limited availability in order to meet a hard deadline on the June agenda. I will be out of the office and not available on Wednesday, May 31st 2023.

All examination questions need to be sent directly to kbc@ky.gov

If you are attempting to appeal a legal agreed order, you are required to send that statement along with supportive evidence to Maxine.McDonald@ky.gov.

**If you are attempting to submit corrective action documents and photos please submit them to me as attachments in one email.**

·      New salon openings and manager changes are required to be emailed as <u>attachments</u> with the owner & managers state ID along with your employee list to your state inspector or kbc@ky.gov - do not mail your applications to the board office that will only delay your opening.

·      All emails will be responded to in the order they are received. You must allow up to 30 days for processing of an application. School applications may take longer.

Regards,

Tanya Shrout

Executive Staff Advisor

KBC

Yahoo Mail - Automatic reply: Tippi Nails

https://mail.yahoo.com/d/folders/1/messages/55495

## Automatic reply: Tippi Nails

From:  Shrout, Tanya M (KBC) (tanyam.shrout@ky.gov)

To:    louquoc@yahoo.com

Date:  Thursday, June 1, 2023 at 02:30 PM EDT

Thursday, June 1st 2023 I will be in the KBC Committee and Complaints meeting and will have limited response time.

I will be out of the office Monday, June 3rd - Friday June 7th 2023.

All examination questions need to be sent directly to kbc@ky.gov

If you are attempting to appeal a legal agreed order, you are required to send that statement along with supportive evidence to Maxine.McDonald@ky.gov.

**If you are attempting to submit corrective action documents and photos please submit them to me as attachments in one email.**

· New salon openings and manager changes are required to be emailed as <u>attachments</u> with the owner & managers state ID along with your employee list to your state inspector or kbc@ky.gov - do not mail your applications to the board office that will only delay your opening.

· All emails will be responded to in the order they are received. You must allow up to 30 days for processing of an application. School applications may take longer.

Regards,

Tanya Shrout

Executive Staff Advisor

KBC

Yahoo Mail - Automatic reply: Tippi Nails                                https://mail.yahoo.com/d/folders/1/messages/55495

## Automatic reply: Tippi Nails

From:  McDonald, Maxine (KBC) (maxine.mcdonald@ky.gov)

To:    louquoc@yahoo.com

Date:  Thursday, June 1, 2023 at 02:30 PM EDT

I will be out of the office Friday, May 26, 2023. The office will be closed on Monday, May 29, 2023 in observance of the Memorial Day holiday.

Thank you for contacting the KY Board of Cosmetology.

1    Renewal printing was late this year due to a security paper shortage. All renewals were printed late last week and will be mailed soon. If you do not receive your license by 10/1/2022 please email your name, license number, and last 4 SS# to kbc@ky.gov to request an account review.

**2-   There were significant errors in the print batch run last week. We are working as quickly as possible to correct the mis-alignment and send out a new copy. Please be patient – if you do not receive your reprint by 10/15/2022 please email kbc@ky.gov**

3-   If you are expired more than one year 2021 or older license- please visit www.kbc.ky.gov to print a restoration application. You will need to supply all required support documents and a money order to restore your license. If you expired in 2017 or before you will need to email kbc@ky.gov for exam eligibility releases. All licenses require a theory and a practical exam to reinstate if expired over 5 years.

4-   If you are expired one year or less- 2022 license- please visit the home page at www.kbc.ky.gov and use the restore a license link located at the top of the page.

5-   If you are ready to schedule an exam and have been graduated 1 month or more- please email kbc@ky.gov with the below verification information:

  a.   Full Name
  b.   Address
  c.    Phone #
  d.   Email Address
  e.   Last 4 SS#
  f.    Date of Birth

6-   If you have been graduated for less than 1 month please be patient and allow processing to occur- check your spam folder for emails from PSI.

7-   If you have registration confirmation from PSI for exams but are having trouble scheduling contact cosmetology@psionline.com for assistance.

All other questions will receive a response in 24-48 business hours.

Regards,


Regards,

Maxine McDonald

## RE: Tippi Nails

From:  Shrout, Tanya M (KBC) (tanyam.shrout@ky.gov)

To:    louquoc@yahoo.com; maxine.mcdonald@ky.gov

Date:  Thursday, June 1, 2023 at 04:39 PM EDT

Your photos are too small to view.

*Tanya M. Shrout*

**Executive Staff Advisor**
*Kentucky Board of Cosmetology*
*1049 US HWY 127*
*Annex #2*
*Frankfort, KY 40601*
*www.kbc.ky.gov*

****This issue may constitute a violation of the Kentucky Board of Cosmetology statutes and regulations. If you have a response, you may submit in writing or email within 10 days.

Confidentiality Statement

This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error please return it to the sender and then delete the communication and destroy any copies.

**From:** Quoc <louquoc@yahoo.com>
**Sent:** Thursday, June 1, 2023 2:30 PM
**To:** McDonald, Maxine (KBC) <maxine.mcdonald@ky.gov>; Shrout, Tanya M (KBC) <TanyaM.Shrout@ky.gov>
**Subject:** Tippi Nails

Statement in another email, file to big to attach both.

























Yahoo Mail - RE: Tippi Nails

https://mail.yahoo.com/d/folders/1/messages/55494





5/3/24, 10:00 AM



## Automatic reply: Tippi Nails photo 2 resent

From:   Shrout, Tanya M (KBC) (tanyam.shrout@ky.gov)

To:     louquoc@yahoo.com

Date:   Saturday, June 3, 2023 at 01:00 PM EDT

Thursday, June 1st 2023 I will be in the KBC Committee and Complaints meeting and will have limited response time.

I will be out of the office Friday, June 2nd - Friday June 9th 2023.

All examination questions need to be sent directly to kbc@ky.gov

If you are attempting to appeal a legal agreed order, you are required to send that statement along with supportive evidence to Maxine.McDonald@ky.gov.

**If you are attempting to submit corrective action documents and photos please submit them to me as attachments in one email.**

· New salon openings and manager changes are required to be emailed as <u>attachments</u> with the owner & managers state ID along with your employee list to your state inspector or kbc@ky.gov - do not mail your applications to the board office that will only delay your opening.

· All emails will be responded to in the order they are received. You must allow up to 30 days for processing of an application. School applications may take longer.

Regards,

Tanya Shrout

Executive Staff Advisor

KBC

## Re: Automatic reply: Tippi Nails photo 2 resent

From:  Quoc (louquoc@yahoo.com)

To:    tanyam.shrout@ky.gov

Date:  Monday, June 12, 2023 at 01:03 PM EDT

What is the process to reopen my salon? Today is June 12. My salon is closed since May 18.

On Jun 3, 2023, at 1:00 PM, Shrout, Tanya M (KBC) <TanyaM.Shrout@ky.gov> wrote:

Thursday, June 1st 2023 I will be in the KBC Committee and Complaints meeting and will have limited response time.

I will be out of the office Friday, June 2nd - Friday June 9th 2023.

All examination questions need to be sent directly to kbc@ky.gov

If you are attempting to appeal a legal agreed order, you are required to send that statement along with supportive evidence to Maxine.McDonald@ky.gov.

**If you are attempting to submit corrective action documents and photos please submit them to me as attachments in one email.**

·     New salon openings and manager changes are required to be emailed as <u>attachments</u> with the owner & managers state ID along with your employee list to your state inspector or kbc@ky.gov - do not mail your applications to the board office that will only delay your opening.

·     All emails will be responded to in the order they are received. You must allow up to 30 days for processing of an application. School applications may take longer.

Regards,

Tanya Shrout

Executive Staff Advisor

KBC

## Re: Automatic reply: Tippi Nails photo 2 resent

From:  Quoc (louquoc@yahoo.com)

To:      tanyam.shrout@ky.gov

Date:  Monday, June 12, 2023 at 01:03 PM EDT

What is the process to reopen my salon? Today is June 12. My salon is closed since May 18.

On Jun 3, 2023, at 1:00 PM, Shrout, Tanya M (KBC) <TanyaM.Shrout@ky.gov> wrote:

Thursday, June 1st 2023 I will be in the KBC Committee and Complaints meeting and will have limited response time.

I will be out of the office Friday, June 2nd - Friday June 9th 2023.

All examination questions need to be sent directly to kbc@ky.gov

If you are attempting to appeal a legal agreed order, you are required to send that statement along with supportive evidence to Maxine.McDonald@ky.gov.

**If you are attempting to submit corrective action documents and photos please submit them to me as attachments in one email.**

·      New salon openings and manager changes are required to be emailed as <u>attachments</u> with the owner & managers state ID along with your employee list to your state inspector or kbc@ky.gov - do not mail your applications to the board office that will only delay your opening.

·      All emails will be responded to in the order they are received. You must allow up to 30 days for processing of an application. School applications may take longer.

Regards,

Tanya Shrout

Executive Staff Advisor

KBC

## Automatic reply: Automatic reply: Tippi Nails photo 2 resent

From:   Shrout, Tanya M (KBC) (tanyam.shrout@ky.gov)

To:      louquoc@yahoo.com

Date:   Monday, June 12, 2023 at 01:05 PM EDT

KBC IS GOING DIGITAL JUNE 2023. Visit kbc.ky.gov for all updated information.

All **examination questions** need to be sent directly to kbc@ky.gov

**If you are attempting to appeal a legal agreed order,** you are required to send that statement along with supportive evidence to Maxine.McDonald@ky.gov.

**If you are attempting to submit corrective action,** you will be required to send the documents and photos as attachments in one email.
·       All emails will be responded to in the order they are received.

Regards,


Tanya M. Shrout

Executive Staff Advisor

KBC

Yahoo Mail - RE: Can't renew license 505337

https://mail.yahoo.com/d/folders/1/messages/57589



Yahoo Mail - RE: Can't renew license 505337                                              https://mail.yahoo.com/d/folders/1/messages/57589

## RE: Can't renew license 505337

From: KY Board of Cosmetology (kbc@ky.gov)

To:      louquoc@yahoo.com

Date:  Sunday, July 2, 2023 at 07:04 AM EDT

You should have received an email with registration information for eligible licenses.  **We do not have a search option nor will previous account credentials work in the new system.**

Please create an account with your email address and a password of your choice **(Please do not copy and paste this information into the system, type it),** then click find my license and use it to register your account, to the right of the license information is menu that looks like 3 vertical dots, this menus will give available options, click renewal, and complete the required renewal application to renew/reinstate your license. You will need a passport style photo **(solid white or blue background only- just a photo- not the actual passport or a photo attached to other documents or items- this will print on your new license)** and a copy of your current government ID **(Driver's License, Passport, or Military ID)** in order to complete the renewal. The application will tell you the cost involved when you get to that point.

If you did not receive a notice your account information is likely incorrect in the KBC system or it is in your spam folder, please check there first. Please update that by providing us with your:
FULL NAME
DOB
LAST 4 SS#
ADDRESS
EMAIL
LICENSE #

Regards,

**From:** no-reply@kentucky.gov <no-reply@kentucky.gov>
**Sent:** Saturday, July 1, 2023 9:02 AM
**To:** KY Board of Cosmetology <KBC@ky.gov>
**Subject:** Can't renew license 505337

First Name: Quoc
Last Name: Dinh
Email Address: Louquoc@yahoo.com
Reason for Contacting: Can't renew license 505337
Message: I'm trying to renew my nail license and its not allow me. I have an active KY license in 2023.
User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 16_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.5.1 Mobile/15E148 Safari/604.1
Page: https://kbc.ky.gov/Pages/contact.aspx

Yahoo Mail - Re: Can't renew license 505337

https://mail.yahoo.com/d/folders/1/messages/57589



It does not give me that option when I click on 3 dots

On Jul 2, 2023, at 7:04 AM, KY Board of Cosmetology <KBC@ky.gov> wrote:

You should have received an email with registration information for eligible licenses. **We do not have a search option nor will previous account credentials work in the new system.**

Please create an account with your email address and a password of your choice **(Please do not copy and paste this information into the system, type it),** then click find my license and use it to register your account, to the right of the license information is menu that looks like 3 vertical dots, this menus will give available options, click renewal, and complete the required renewal application to renew/reinstate your license. You will need a passport style photo **(solid white or blue background only- just a photo- not the actual passport or a photo attached to other documents or items- this will print on your new license)** and a copy of your current government ID **(Driver's License, Passport, or Military ID)** in order to complete the renewal. The application will tell you the cost involved when you get to that point.

If you did not receive a notice your account information is likely incorrect in the KBC system or it is in your spam folder, please check there first. If you update that by providing us with your:

FULL NAME
DOB
LAST 4 SS#

ADDRESS

EMAIL

LICENSE #


Regards,


**From:** no-reply@kentucky.gov <no-reply@kentucky.gov>
**Sent:** Saturday, July 1, 2023 9:02 AM
**To:** KY Board of Cosmetology <KBC@ky.gov>
**Subject:** Can't renew license 505337

_____

First Name: Quoc
Last Name: Dinh
Email Address: Louquoc@yahoo.com
Reason for Contacting: Can't renew license 505337
Message: I'm trying to renew my nail license and its not allow me. I have an active KY license in 2023.
User Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 16_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.5.1 Mobile/15E148 Safari/604.1
Page: https://kbc.ky.gov/Pages/contact.aspx

## Automatic reply: Trouble renewing license

From:  McDonald, Maxine (KBC) (maxine.mcdonald@ky.gov)

To:     louquoc@yahoo.com

Date:   Monday, July 3, 2023 at 08:52 AM EDT

Thank you for contacting the KY Board of Cosmetology.

1     Renewal printing was late this year due to a security paper shortage. All renewals were printed late last week and will be mailed soon. If you do not receive your license by 10/1/2022 please email your name, license number, and last 4 SS# to kbc@ky.gov to request an account review.

**2-   There were significant errors in the print batch run last week. We are working as quickly as possible to correct the mis-alignment and send out a new copy. Please be patient – if you do not receive your reprint by 10/15/2022 please email kbc@ky.gov**

3-   If you are expired more than one year 2021 or older license- please visit www.kbc.ky.gov to print a restoration application. You will need to supply all required support documents and a money order to restore your license. If you expired in 2017 or before you will need to email kbc@ky.gov for exam eligibility releases. All licenses require a theory and a practical exam to reinstate if expired over 5 years.

4-   If you are expired one year or less- 2022 license- please visit the home page at www.kbc.ky.gov and use the restore a license link located at the top of the page.

5-   If you are ready to schedule an exam and have been graduated 1 month or more- please email kbc@ky.gov with the below verification information:

   a.   Full Name
   b.   Address
   c.    Phone #
   d.   Email Address
   e.   Last 4 SS#
   f.    Date of Birth

6-   If you have been graduated for less than 1 month please be patient and allow processing to occur- check your spam folder for emails from PSI.

7-   If you have registration confirmation from PSI for exams but are having trouble scheduling contact cosmetology@psionline.com for assistance.

All other questions will receive a response in 24-48 business hours.

Regards,

## NEW USER ACCOUNT

From:  myfloridalicense@dbpr.state.fl.us

To:    louquoc@yahoo.com

Date:  Monday, July 3, 2023 at 09:02 AM EDT

Hello Quoc,

Thank you for registering for an online account.  Please complete your registration by logging on to your account at:

  https://www.myfloridalicense.com/datamart/mainMenuFLDBPR.do.

Your userid and temporary password are provided below.

Please note that your online password is case sensitive.

  USERID  : louquoc@yahoo.com
  PASSWORD: hrafmPG9

*** Note: This is an automated email.  Do NOT reply to this message.

Yahoo Mail - Automatic reply: Trouble renewing license                    https://mail.yahoo.com/d/folders/1/messages/57671

## Automatic reply: Trouble renewing license

From:  McDonald, Maxine (KBC) (maxine.mcdonald@ky.gov)

To:     louquoc@yahoo.com

Date:  Monday, July 3, 2023 at 08:52 AM EDT

Thank you for contacting the KY Board of Cosmetology.

1      Renewal printing was late this year due to a security paper shortage. All renewals were printed late last week and will be mailed soon. If you do not receive your license by 10/1/2022 please email your name, license number, and last 4 SS# to kbc@ky.gov to request an account review.

**2-   There were significant errors in the print batch run last week. We are working as quickly as possible to correct the mis-alignment and send out a new copy. Please be patient – if you do not receive your reprint by 10/15/2022 please email kbc@ky.gov**

3-   If you are expired more than one year 2021 or older license- please visit www.kbc.ky.gov to print a restoration application. You will need to supply all required support documents and a money order to restore your license. If you expired in 2017 or before you will need to email kbc@ky.gov for exam eligibility releases. All licenses require a theory and a practical exam to reinstate if expired over 5 years.

4-   If you are expired one year or less- 2022 license- please visit the home page at www.kbc.ky.gov and use the restore a license link located at the top of the page.

5-   If you are ready to schedule an exam and have been graduated 1 month or more- please email kbc@ky.gov with the below verification information:

      a.   Full Name
      b.   Address
      c.    Phone #
      d.   Email Address
      e.   Last 4 SS#
      f.    Date of Birth

6-   If you have been graduated for less than 1 month please be patient and allow processing to occur- check your spam folder for emails from PSI.

7-   If you have registration confirmation from PSI for exams but are having trouble scheduling contact cosmetology@psionline.com for assistance.

All other questions will receive a response in 24-48 business hours.

Regards,

## Automatic reply: Tippi Nail lounge

From:  KY Board of Cosmetology (kbc@ky.gov)

To:      louquoc@yahoo.com

Date:  Wednesday, July 12, 2023 at 02:47 PM EDT

### Previous account credentials will not work in the new system.

You should have received an email with registration information for eligible licenses. The link is on the home page of the board website in the same location as past years.  DO NOT USE INITIAL APPLICATION FOR THIS PROCESS.

There is a different registration code for each license you hold but you may link them all under one email address and password. Please renew personal license first, then instructors, then facilities as needed. This means your salon (where applicable) will have its own registration email sent separate from your personal license registration email.

Please create an account with your email address and a password of your choice,

Then click find my license and use it to register your account (*Please do not copy and paste this information into the system, type it*),

To the right of the license information is menu that looks like 3 dots (ellipses), this menus will give available options,

Click renewal, and complete the required renewal application to renew/reinstate your license.

To renew a salon link that account in the same location and follow the above steps. Please note a salon license will have a different registration number to link it.

You will need a passport style photo (*solid white or blue background only- just a photo- not the actual passport or a photo attached to other documents or items- this will print on your new license. This can be taken with a smartphone app or at Walgreens, CVS, Walmart, etc.*) and a copy of your current government ID (*Driver's License, Passport, or Military ID*) in order to complete the renewal. The application will be rejected if incorrectly submitted.

If you did not receive a notice your account information is likely incorrect in the KBC system or it is in your spam folder, please check there first. Please update that by providing us with your:

FULL NAME / SALON NAME
DOB
LAST 4 SS#
ADDRESS
EMAIL
LICENSE #

Regards,

KBC