# EXHIBIT L

https://www.thetimestribune.com/news/cases-against-women-connected-to-closed-cosmetology-school-dismissed/article_c89aa65e-9e27-11ee-b09c-979e2edf58a5.html

# Cases against women connected to closed cosmetology school dismissed

Times-Tribune Staff Report
Dec 19, 2023



CORBIN — Four women who were indicted by a Whitley County Grand Jury back in August 2022 in connection to the former Creations School of Cosmetology have had their cases dismissed by prosecutors.

Documents provided to the Times-Tribune state that the charges against Lawanna Brock, 54, of Middlesboro, Kentucky; Jessica Musselman, 49, of Corbin; Kendra Arthur, 46, of London; and Tara Dizney, 31, of Dandridge, Tennessee, have been dismissed and vacated per agreed orders filed in October.

The women were each indicted for theft by failure to make required disposition greater than $10,000.

Brock and Musselman were also charged as second-degree persistent felony offenders, while Brock's indictment had additionally included the charges of forgery of a prescription, first-degree wanton endangerment, assuming a false title to obtain controlled substances, practicing medicine without a license, and second-degree forgery.

The cases were dismissed with prejudice, meaning they can't be refiled at a later time.

A record of Brock's case was still available online at press time Tuesday, indicating

that she had gone through a mediation process earlier this year and that restitution paid would be returned to her.

The other cases were not available, indicating that they have already been expunged.

The local office of the commonwealth's attorney told media that a negative impact to past graduates played a role in the decision to dismiss. The investigation had been led by the Kentucky Board of Cosmetology rather than law enforcement, and most students listed as victims ultimately told prosecutors they hadn't been wronged by the school or those indicted.



[Janie Slaven](#)