# EXHIBIT O

## Tippi Nail lounge

From:  Quoc (louquoc@yahoo.com)

To:    KBC@ky.gov

Cc:    dsborum@gmail.com

Date:  Wednesday, July 12, 2023 at 02:47 PM EDT

---

I wish to appeal my case please.

Quoc Dinh

Thank you

Yahoo Mail - Re: Request for appeal                          https://mail.yahoo.com/d/folders/1/messages/58430

## Re: Request for appeal

From:   David Borum (dsborum@gmail.com)

To:     kbc@ky.gov

Cc:     chrisd.hunt@ky.gov; louquoc@yahoo.com

Date:   Thursday, July 13, 2023 at 03:36 PM EDT


Good afternoon,

My name is David Borum. I'm an attorney in Louisville, KY and I represent Quoc Dinh - KYBC license number 505337, and Tippi Nail Lounge in Saint Matthews - KYBC license number 800000399.

On May 18 KYBC inspector Jason Black inspected Tippi Nail Lounge and issued a citation alleging 14 violations of KRS 317A and 201 KAR 12.

Pursuant to 201 KAR 12, Tippi must respond to the allegations within 10 days, which he did.  The KYBC Board then shall review the allegations and evidence and make a recommendation. Pursuant to that "review process," and other correspondence, my client was given the impression that he would need to pay a fine or forfeit his license(s). Under that misunderstanding, my client felt he had no choice but to forfeit his license.  However, that is not the case because my client(s) have the right to challenge these allegations made against him / them, and my client does dispute the allegations made against him / them, and does wish to exercise his right to challenge these allegations and appeal all adverse decisions made by the KYBC or its affiliates that relate in any way to both licenses KYBC license number 505337, and KYBC license number 800000399.

My client received written notice from the KYBC on June 14, 2023 stating its intent to deny him the ability to renew his personal license, and deny him his salon license.  Pursuant to KRS 317A.070 and 201 KAR 12:190 Section 5, my clients shall have an opportunity to appeal this decision and challenge the charges levied against him. My clients hereby exercises that right at this time, and requests to appeal all adverse decisions pertaining to both licenses KYBC license number 505337, and KYBC license number 800000399.

Please confirm receipt of this email.

Thank you for your prompt attention to this matter.

On Wed, Jul 12, 2023 at 2:56 PM David Borum <dsborum@gmail.com> wrote:
> Good afternoon,
>
> Please find the attached letter requesting an appeal of all charges and decisions assessed and levied against Tippi Nail Lounge, License Number 800000399. Thank you!
>
> On Wed, Jul 12, 2023 at 2:36 PM David Borum <dsborum@gmail.com> wrote:
>> Good afternoon,
>>
>> My name is David Borum. I'm a licensed attorney in Louisville, KY and I represent Quoc Dinh of Tippi Nail Lounge at 3938 Shelbyville Road, Louisville, KY 40207, license number 800000399. I have a copy of his May 18, 2023 citation from Jason Black, investigative report 4-2021 and would like to request an appeal. Please let me know if this satisfies the requirement pursuant to KRS Chapter 13 B to request an appeal.
>>
>> Thank you,
>>
>> David Borum

--
Sincerely,

David Borum, Esq.
Louisville, KY
270.617.1957


--
Sincerely,

David Borum, Esq.
Louisville, KY
270.617.1957


--
Sincerely,

David Borum, Esq.
Louisville, KY
270.617.1957

Yahoo Mail - RE: Request for appeal
https://mail.yahoo.com/d/folders/1/messages/58430

## RE: Request for appeal

From:  Hunt, Chris D (KBC) (chrisd.hunt@ky.gov)

To:  dsborum@gmail.com; kbc@ky.gov

Cc:  louquoc@yahoo.com

Date:  Thursday, July 13, 2023 at 04:09 PM EDT


Mr. Borum,

You and your client have both already sent notices of intent to appeal. We have already replied, acknowledging those letters/emails.

There is no need to send future emails to the general Board email address; you may direct any correspondence on this matter to my direct email.


**Christopher D. Hunt** | General Counsel
**Kentucky Board of Cosmetology**
  Kentucky Board of Barbering
  Kentucky Board of Respiratory Care
Mobile: 502-330-7065 | *ChrisD.Hunt@ky.gov*

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.


**From:** David Borum <dsborum@gmail.com>
**Sent:** Thursday, July 13, 2023 3:37 PM
**To:** KY Board of Cosmetology <KBC@ky.gov>
**Cc:** Hunt, Chris D (KBC) <chrisd.hunt@ky.gov>; louquoc@yahoo.com
**Subject:** Re: Request for appeal


Good afternoon,

My name is David Borum. I'm an attorney in Louisville, KY and I represent Quoc Dinh - KYBC license number 505337, and Tippi Nail Lounge in Saint Matthews - KYBC license number 800000399.

On May 18 KYBC inspector Jason Black inspected Tippi Nail Lounge and issued a citation alleging 14 violations of KRS 317A and 201 KAR 12.

Pursuant to 201 KAR 12, Tippi must respond to the allegations within 10 days, which he did.  The KYBC Board then shall review the allegations and evidence and make a recommendation. Pursuant to that "review process," and other correspondence, my client was given the impression that he would need to pay a fine or forfeit his license(s). Under that misunderstanding, my client felt he had no choice but to forfeit his license.  However, that is not the case because my client(s) have the right to challenge these allegations made against him / them, and my client does dispute the allegations made against him / them, and does wish to exercise his right to challenge

these allegations and appeal all adverse decisions made by the KYBC or its affiliates that relate in any way to both licenses KYBC license number 505337, and KYBC license number 800000399.

My client received written notice from the KYBC on June 14, 2023 stating its intent to deny him the ability to renew his personal license, and deny him his salon license.  Pursuant to KRS 317A.070 and 201 KAR 12:190 Section 5, my clients shall have an opportunity to appeal this decision and challenge the charges levied against him. My clients hereby exercises that right at this time, and requests to appeal all adverse decisions pertaining to both licenses KYBC license number 505337, and KYBC license number 800000399.

Please confirm receipt of this email.

Thank you for your prompt attention to this matter.

On Wed, Jul 12, 2023 at 2:56 PM David Borum <dsborum@gmail.com> wrote:

Good afternoon,

Please find the attached letter requesting an appeal of all charges and decisions assessed and levied against Tippi Nail Lounge, License Number 800000399. Thank you!

On Wed, Jul 12, 2023 at 2:36 PM David Borum <dsborum@gmail.com> wrote:

Good afternoon,

My name is David Borum. I'm a licensed attorney in Louisville, KY and I represent Quoc Dinh of Tippi Nail Lounge at 3938 Shelbyville Road, Louisville, KY 40207, license number 800000399. I have a copy of his May 18, 2023 citation from Jason Black, investigative report 4-2021 and would like to request an appeal. Please let me know if this satisfies the requirement pursuant to KRS Chapter 13 B to request an appeal.

Thank you,

David Borum

--

Sincerely,

David Borum, Esq.

Louisville, KY

270.617.1957

--

Sincerely,

David Borum, Esq.

Louisville, KY

270.617.1957