# EXHIBIT P



**David Borum <dsborum@gmail.com>**

## FW: Request for appeal [Tippi Nail Lounge/Quoc Dinh]
5 messages

---

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>                                   Wed, Jul 12, 2023 at 3:41 PM
To: "dsborum@gmail.com" <dsborum@gmail.com>

Mr. Borum,

We have received your letter of appeal. As you may know, your client has voluntarily surrendered the salon license for Tippi Nail Lounge (Lic. #800000399). His notice of appeal therefore will be recorded as an appeal of the Board's action concerning his personal license (Lic. #505337) only.

A notice of administrative appeal will be prepared and filed with the Attorney General's office. You will be copied on that filing once it is made.

**Christopher D. Hunt**  |  General Counsel

**Kentucky Board of Cosmetology**

   Kentucky Board of Barbering

   Kentucky Board of Respiratory Care

Mobile: 502-330-7065  |  *ChrisD.Hunt@ky.gov*

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.

---

**From:** KY Board of Cosmetology <KBC@ky.gov>
**Sent:** Wednesday, July 12, 2023 3:05 PM
**To:** Hunt, Chris D (KBC) <chrisd.hunt@ky.gov>
**Subject:** Fwd: Request for appeal

   **\*\*CAUTION\*\***  PDF attachments may contain links to malicious sites.  Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

Get Outlook for iOS

**From:** David Borum <dsborum@gmail.com>
**Sent:** Wednesday, July 12, 2023 2:56:36 PM
**To:** KY Board of Cosmetology <KBC@ky.gov>
**Subject:** Re: Request for appeal

> **CAUTION** PDF attachments may contain links to malicious sites. Please contact the COT Service Desk ServiceCorrespondence@ky.gov for any assistance.

Good afternoon,

Please find the attached letter requesting an appeal of all charges and decisions assessed and levied against Tippi Nail Lounge, License Number 800000399. Thank you!

On Wed, Jul 12, 2023 at 2:36 PM David Borum <dsborum@gmail.com> wrote:

> Good afternoon,
>
> My name is David Borum. I'm a licensed attorney in Louisville, KY and I represent Quoc Dinh of Tippi Nail Lounge at 3938 Shelbyville Road, Louisville, KY 40207, license number 800000399. I have a copy of his May 18, 2023 citation from Jason Black, investigative report 4-2021 and would like to request an appeal. Please let me know if this satisfies the requirement pursuant to KRS Chapter 13 B to request an appeal.
>
> Thank you,
>
> David Borum
>
> --
>
> Sincerely,
>
> David Borum, Esq.
>
> Louisville, KY
>
> 270.617.1957

--

Sincerely,