# EXHIBIT Q

David Borum, Esq.

Louisville, KY

270.617.1957

 **Request for Appeal Tippi Nail .pdf**
62K

**David Borum** <dsborum@gmail.com>                                        Thu, Jul 13, 2023 at 1:21 PM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

Good afternoon Chris,

Is it okay for me to call you? My client has not communicated to me a desire to forfeit his salon license. I'm wondering if there is a misunderstanding?
[Quoted text hidden]

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>                                Thu, Jul 13, 2023 at 1:55 PM
To: David Borum <dsborum@gmail.com>

Good Afternoon,

I have a board meeting this afternoon, so I will not be available to talk today. I have attached the email exchange between me and your client, where he states his intentions.

The only other communication we have received from your client (both before your involvement) involved his attempts to renew his personal license and his visit to our Board office, where his behavior prompted a visit from the Frankfort Police Department.

[Quoted text hidden]

 **RE_ Tippi Nail Lounge Agreed Order Email Re Surrender of License.pdf**
234K

**David Borum** <dsborum@gmail.com>                                        Thu, Jul 13, 2023 at 2:04 PM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

And Chris,

We can talk about this over the phone if possible, **but I do want to preserve for the record that my client wishes to appeal any adverse decision against his personal license, and his salon license.**

I have a stack of emails between my client, Tanya Shrout, Maxine McDonald, and Chris Hunt, and they read as if he had no choice but to pay the fine, or close his business. I do not believe those were his only two options, and there may be a due process issue here that I wish to preserve.

The agreed order that was sent to him in order for him to authorize the forfeiture of his salon was never signed. So it is my understanding that he has not authorized the forfeiture of his salon license, and at this point in time he does not wish to do so. As such, he would like to appeal all adverse decisions against his personal license and his salon license, which includes license numbers # 800000399 and #505337.

Please confirm that we are appealing any and all adverse decisions pertaining to both licenses; license numbers # 800000399 and #505337.

Thank you,

[Quoted text hidden]

---

**David Borum** <dsborum@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　Thu, Jul 13, 2023 at 2:12 PM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

As a follow up to the above emails, my client was cited for 14 violations on May 18, 2023. He disputes these charges, as evidenced by two weeks worth of emails in my possession from the end of May 2023 until June 14, 2023.

An agreed order was sent to him on June 14, 2023 with language suggesting that he agrees to the violations in the citations, and agrees to forfeit his license. But that is not true. As previously mentioned, he disputes these allegations, and wishes to present evidence as to how they are untrue. Additionally, he did not sign the agreed order. Thus, he did not, and does not, admit to the violations cited in Jason Black's citation, and we wish to have the opportunity to address these charges, and cross examine Mr. Black, as well as depose and examine other witnesses.

[Quoted text hidden]