# EXHIBIT R



**David Borum <dsborum@gmail.com>**

# Request to re-open

**David Borum** <dsborum@gmail.com>                                      Thu, Oct 19, 2023 at 12:07 PM
To: Chris D Hunt <chrisd.hunt@ky.gov>

Good morning Chris,

My client Tippi Nails and Quoc Dinh claims that the KBC inspector turned investigator Jason Back cited him for violations that were objectively, and openly / obviously untrue, and thereby abused his authority and acted in bad faith by declaring a public emergency and closing my clients business, which has caused immense financial and emotional damage prior to proof of any wrongdoing whatsoever. I understand your client is going to disagree with this claim or defense. But until your client meets the burden of proof, I'm asking for you allow my client to reinstate his license so he can make a living. Upon information and believe he was first licensed in Kentucky in 2004 and has operated with three prior salons for 17 years and has never had a violation.


Please advise. Thank you.

David Borum



**David Borum <dsborum@gmail.com>**

---

### Request to re-open

---

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>                                              Thu, Oct 19, 2023 at 3:45 PM
To: David Borum <dsborum@gmail.com>

David,

Before I can give a full answer, I need to know a few things:

1. Does your client seek to open a nail salon only?
2. Does your client want to open a business and provide waxing and eyelash artistry services?
3. Does your client want to open a salon in the same location as before, or a new location?

Also, I want to make clear to your client that, should he be able to reopen a salon, that will not resolve the outstanding violations cited and found by the Board.

Finally, whatever his answer to the questions above, the Board will want agreement that he will provide the vaccination records for both dogs and that he will agree to not have them in his salon.

**Christopher D. Hunt**  |  General Counsel

**Kentucky Board of Cosmetology**

   Kentucky Board of Barbering

   Kentucky Board of Respiratory Care

Mobile: 502-330-7065  |  *ChrisD.Hunt@ky.gov*

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.

[Quoted text hidden]

                                                          **David Borum <dsborum@gmail.com>**

## Request to re-open

**David Borum** <dsborum@gmail.com>                                                   Thu, Oct 26, 2023 at 11:04 AM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

Chris,

This line of questioning seems rather odd. Your inspector turned investigator closed my client's business down due to a public health emergency. He did so illegitimately. My client's business has been unjustly closed since May 18. I'm asking for his licenses to be reinstated until there is actual proof of wrongdoing. How can the KBC possibly be justified in closing down a licensed salon without proof of wrongdoing? Is it the case that you're simply taking Jason Back at his word? He can unilaterally close a business whenever he chooses, without scrutiny? Does this not strike you as ripe for abuse? What if there's a mistake in his assessment? The salon owner is to pay for his mistake?

[Quoted text hidden]

[Quoted text hidden]