**EXHIBIT S**

**EXHIBIT S**

   **David Borum <dsborum@gmail.com>**

## Request to re-open

**David Borum** <dsborum@gmail.com>                                         Mon, Oct 30, 2023 at 10:07 AM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

Good morning Chris,

Please find the vaccination records requested. As you may know, these records have been produced to Louisville Metro Animal Services, because, in addition to declaring a public emergency and permanently closing my client's family business, Jason Back pursued criminal action against my client as well. Those charges were dismissed.

At this point, I am again requesting that my client's licenses be reinstated unless or until there is proof that he violated the law.

Thank you,


[Quoted text hidden]
[Quoted text hidden]

**10 attachments**


**Vaccination records 1:10.HEIC**
1906K


**Vaccination records 2:10.HEIC**
939K


**Vaccination records 4:10.HEIC**
1821K


**Vaccination records 3:10.HEIC**
1861K


**Vaccination records 5:10.HEIC**
1876K


**Vaccination records 6:10.HEIC**
1821K


**Vaccination records 7:10.HEIC**
1861K


**Vaccination records 9:10.HEIC**
939K


**Vaccination records 8:10.HEIC**
1876K


**Vaccination records 10:10.HEIC**
1906K



**David Borum <dsborum@gmail.com>**

# RE: Request to re-open [Tippi Nail Lounge]
8 messages

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>                                                         Thu, Oct 26, 2023 at 1:09 PM
To: David Borum <dsborum@gmail.com>

Mr. Borum,

There is no illegitimate reason for the questions posed in my email below. Since your client seems to have completely closed his business (i.e., surrendering his license and removing all chairs and other equipment), the Board needs to have answers to these questions in order to provide any guidance on how a business can be reopened under these circumstances.

The Board's actions concerning your client were all justified and in compliance with the law. I would encourage you to read KRS 317A.020(7) and (8) in particular: "The Board shall … Have the authority to take emergency action affecting the legal rights, duties, privileges, or immunities of named persons without a hearing to stop, prevent, or avoid an immediate danger to the public health, safety, or welfare, in accordance with KRS 13B.125." *See* KRS 317A.020(8)(d).

There other statutes that are applicable, but this statute directly addresses whether the Board has the authority to close down a business on an emergency basis.

I will also add this; Mr. Dinh has always had a path forward that would allow him the chance to reopen his salon and address these issues. He has chosen instead to defame Board staff and Board members with unfounded allegations of racism and "hate crimes." He has also refused to provide evidence in his possession that bears directly on the issues at hand. Evidence that he seems to be claiming would exonerate him of any wrongdoing.

In fact, any attempts to resolve this have been initiated by me, on behalf of the Board. First, a settlement offer was made that was rejected out of hand. Second, when approached about a path to reopening, the Board did not reject that possibility out of hand, but rather asked some very simple questions that must be answered in order to comply with the law.

The response to that was to receive a threatening email from Ms. Nguyen who, so far as I know, has no connection to this case and has no business contacting me or the Board about it.

Your client is not the first to have violations like those cited. However, he is out of the norm in that he has been nothing but combative and unwilling to engage in any meaningful way that would allow a solution to be found. In short, Mr. Dinh's approach to this matter is, in my opinion, precisely the wrong one and will not result in a palatable outcome for him. He absolutely had violations at his salon and the Board can establish that if a hearing is held. There is no scenario here where the Board will simply drop everything and allow Mr. Dinh to proceed as he had been (i.e., operating a salon in a way that violates Board statutes and regulations).

I would encourage your client to reconsider the offer made recently and accept its terms. Repeated social media posts and television news interviews do not count as facts and do not advance this matter to a resolution both parties can accept.

If Mr. Dinh can bring himself to answer these questions, the process for determining a way to reopen a salon can proceed. If he remains wholly unwilling to engage with the Board in a reasoned, professional manner, then we are at an impasse.

**Christopher D. Hunt** | General Counsel

**Kentucky Board of Cosmetology**

   Kentucky Board of Barbering

   Kentucky Board of Respiratory Care

Mobile: 502-330-7065 | ChrisD.Hunt@ky.gov

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.

---

**From:** David Borum <dsborum@gmail.com>
**Sent:** Thursday, October 26, 2023 11:05 AM
**To:** Hunt, Chris D (KBC) <chrisd.hunt@ky.gov>
**Subject:** Re: Request to re-open

Chris,

This line of questioning seems rather odd. Your inspector turned investigator closed my client's business down due to a public health emergency. He did so illegitimately. My client's business has been unjustly closed since May 18. I'm asking for his licenses to be reinstated until there is actual proof of wrongdoing. How can the KBC possibly be justified in closing down a licensed salon without proof of wrongdoing? Is it the case that you're simply taking Jason Back at his word? He can unilaterally close a business whenever he chooses, without scrutiny? Does this not strike you as ripe for abuse? What if there's a mistake in his assessment? The salon owner is to pay for his mistake?

On Thu, Oct 19, 2023 at 3:45 PM Hunt, Chris D (KBC) <chrisd.hunt@ky.gov> wrote:

> David,
>
> Before I can give a full answer, I need to know a few things:

1. Does your client seek to open a nail salon only?
2. Does your client want to open a business and provide waxing and eyelash artistry services?
3. Does your client want to open a salon in the same location as before, or a new location?

Also, I want to make clear to your client that, should he be able to reopen a salon, that will not resolve the outstanding violations cited and found by the Board.

Finally, whatever his answer to the questions above, the Board will want agreement that he will provide the vaccination records for both dogs and that he will agree to not have them in his salon.

**Christopher D. Hunt** | General Counsel

**Kentucky Board of Cosmetology**

  Kentucky Board of Barbering

  Kentucky Board of Respiratory Care

Mobile: 502-330-7065 | ChrisD.Hunt@ky.gov

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.

---

**From:** David Borum <dsborum@gmail.com>
**Sent:** Thursday, October 19, 2023 12:08 PM
**To:** Hunt, Chris D (KBC) <chrisd.hunt@ky.gov>
**Subject:** Request to re-open

Good morning Chris,

My client Tippi Nails and Quoc Dinh claims that the KBC inspector turned investigator Jason Back cited him for violations that were objectively, and openly / obviously untrue, and thereby abused his authority and acted in bad faith by declaring a public emergency and closing my clients business, which has caused immense financial and emotional damage prior to proof of any wrongdoing whatsoever. I understand your client is going to disagree with this claim or defense. But until your client meets the burden of proof, I'm asking for you allow my client to reinstate his license so he can make a living. Upon information and believe he was first licensed in Kentucky in 2004 and has

operated with three prior salons for 17 years and has never had a violation.

Please advise. Thank you.

David Borum

--

Sincerely,

David Borum, Esq.

Louisville, KY

270.617.1957

---

**David Borum** <dsborum@gmail.com>                                   Thu, Oct 26, 2023 at 3:54 PM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

Chris,

I'm asking for my client's licenses to be reinstated unless and until there is proof that the charges against him are true. Can you please reinstate his licenses? Thank you.
[Quoted text hidden]

---

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>                          Tue, Oct 31, 2023 at 3:15 PM
To: David Borum <dsborum@gmail.com>

David,

I will place this on the Board's agenda for its next meeting, on November 6.

I've noticed in your recent emails that you allege there is no evidence to support the Board's decisions. However, on October 2, you were sent quite a number of documents (through three separate emails from the Commonwealth's "MOVEit" file transfer system), including photographs and video, concerning your client's violations. My records show that you have not yet viewed those files or downloaded them.

I would suggest you review these and confer again with your client.

I will let you know what the Board decides after the meeting.

**Christopher D. Hunt**  |  General Counsel

**Kentucky Board of Cosmetology**

   Kentucky Board of Barbering

   Kentucky Board of Respiratory Care

Mobile: 502-330-7065  |  *ChrisD.Hunt@ky.gov*

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.

---

**From:** David Borum <dsborum@gmail.com>
**Sent:** Monday, October 30, 2023 10:08 AM
**To:** Hunt, Chris D (KBC) <chrisd.hunt@ky.gov>
**Subject:** Re: Request to re-open

Good morning Chris,

Please find the vaccination records requested. As you may know, these records have been produced to Louisville Metro Animal Services, because, in addition to declaring a public emergency and permanently closing my client's family business, Jason Back pursued criminal action against my client as well. Those charges were dismissed.

At this point, I am again requesting that my client's licenses be reinstated unless or until there is proof that he violated the law.

Thank you,

[Quoted text hidden]

---

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>                                              Mon, Nov 6, 2023 at 1:21 PM
To: David Borum <dsborum@gmail.com>

David,

Your request, including the discussion below, has been presented to the Board.

The Board cannot grant your client's request so long as he refuses to supply the surveillance video and refuses to address the outstanding legal matters in any way that the Board could find acceptable. Should Mr. Dinh choose to

approach this matter differently than he has to date, some resolution could be found.

[Quoted text hidden]

---

**David Borum** <dsborum@gmail.com>  Wed, Nov 8, 2023 at 3:18 PM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

Chris,

As I mentioned yesterday I have extracted the footage from my client's surveillance video. His camera does seem to record in short clips. Apparently there's an option for him to purchase a subscription, which would allow his camera to record in uninterrupted streams, but that is not the version he had or maintained; everything is in short clips. I will download these to a thumb drive and mail them to you.

As for my client's licenses being reinstated, I ask you to send a short summary of the corrective action that he needs to take to reinstate his licenses now. At the very least, please reinstate his personal license. There is no legitimate basis to close his salon or revoke his license. It would be much more simple for an inspector to come back to the salon (which is not possible now), and show exactly what is wrong with his salon, if anything. Or, if there is something wrong with the way he is conducting his business, please communicate it to him plainly and clearly and allow him to take immediate corrective action. If there is in fact a legitimate public health emergency, that should be communicated. promptly and clearly as well, my client should have the opportunity to quickly take corrective action to cure any deficiencies required to reopen. I again ask for that opportunity on my client's behalf, now. What corrective action needs to be taken in order for his personal license to be reinstated?

Thank you,
[Quoted text hidden]

---

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>  Wed, Nov 8, 2023 at 4:03 PM
To: David Borum <dsborum@gmail.com>

David,

I believe it would be better at this point if we discussed this over the phone.

**Christopher D. Hunt**  |  General Counsel

**Kentucky Board of Cosmetology**

   Kentucky Board of Barbering

   Kentucky Board of Respiratory Care

Mobile: 502-330-7065  |  *ChrisD.Hunt@ky.gov*

*This message contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information in it or attached to it is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the email and destroy any copies of it.

**From:** David Borum <dsborum@gmail.com>
**Sent:** Wednesday, November 8, 2023 3:19 PM
**To:** Hunt, Chris D (KBC) <chrisd.hunt@ky.gov>
**Subject:** Re: Request to re-open [Tippi Nail Lounge]

[Quoted text hidden]

---

**David Borum** <dsborum@gmail.com>    Thu, Nov 9, 2023 at 10:11 AM
To: "Hunt, Chris D (KBC)" <chrisd.hunt@ky.gov>

Good morning Chris,

I am happy to talk on the phone, but I do request the Board's written response to my client's request to have his personal license reinstated, even if it's on a temporary or probationary basis, unless and until there is a finding of fact that justifies the fines levied against him, and the hold on his license.

Please respond.

Thank you,
[Quoted text hidden]

---

**Hunt, Chris D (KBC)** <chrisd.hunt@ky.gov>    Thu, Nov 9, 2023 at 12:25 PM
To: David Borum <dsborum@gmail.com>

David,

Concerning your client's request, see my email (below) on November 6. That was meant to respond to that request.

Feel free to call today if you would like to discuss.

[Quoted text hidden]