# EXHIBIT T

|  | nails | eyelash | hair | unprof conduct |
|---|---|---|---|---|
| Feb-23 | $40,750.00 | $4,375.00 | $1,125.00 | 2 |
| 1-Mar | $61,625.00 | $5,500.00 | $0.00 | 6 |
| Apr-23 | $64,250.00 | $5,500.00 | $2,250.00 | 4 |
| 23-May | $29,250.00 | $4,000.00 |  | 4 |
| 23-Jun | $57,500.00 | $4,750.00 | $500.00 | 6 |
| 23-Jul | not furnish with orr |  |  |  |
| 23-Aug | not furnish with orr |  |  |  |
| 23-Sep | not furnish with orr |  |  |  |
| 23-Oct | $8,900.00 |  |  |  |
|  |  |  |  |  |
| totals | 262,275.00 | 24,125.00 | 3,875.00 |  |
|  | nails | eyelash | hair | unprof conduct |
| Feb-23 | $40,750.00 | $4,375.00 | $1,125.00 | 2 |
| 1-Mar | $61,625.00 | $5,500.00 | $0.00 | 6 |
| Apr-23 | $64,250.00 | $5,500.00 | $2,250.00 | 4 |
| 23-May | $29,250.00 | $4,000.00 |  | 4 |
| 23-Jun | $57,500.00 | $4,750.00 | $500.00 | 6 |
| 23-Jul | not furnish with orr |  |  |  |
| 23-Aug | not furnish with orr |  |  |  |
| 23-Sep | not furnish with orr |  |  |  |
| 23-Oct | $8,900.00 |  |  |  |
|  |  |  |  |  |
| totals | 262,275.00 | 24,125.00 | 3,875.00 |  |

| revoke salon | | revoke tech | | hta |
|---|---|---|---|---|
| | | | | |
| 3 | | 3 | | 1 |
| 5 | | 4 | | |
| 2 | | 2 | | |
| 2 | | 2 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| revoke salon | | revoke tech | | hta |
|---|---|---|---|---|
| | | | | |
| 3 | | 3 | | 1 |
| 5 | | 4 | | |
| 2 | | 2 | | |
| 2 | | 2 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |